# EXHIBIT E



# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE

**Please submit this form to your local tax collector office or license plate agency.**
https://www.flhsmv.gov/locations/
Note: All fields are required unless otherwise stated or not applicable.

**Application Type:** ☐ Original ☐ Transfer
**Request to print Certificate of Title:** ☐ No ☐ Yes: In office ☐ Yes: Mailed
**Off-Highway Vehicle Type:** ☐ All-Terrain Vehicle (ATV) ☐ Recreational Off-Highway Vehicle (ROV) ☐ Off-Highway Motorcycle (OHM)

### Section 1: OWNER/APPLICANT INFORMATION

| Customer Number | Fleet Number | Unit Number | Owner's County of Residence |
|---|---|---|---|
| 4762 | | 284389 | FLAGLER |

**Owner Details:** Are you a Florida Resident? ☒ YES ☐ NO | Are you a US Citizen? ☐ YES ☐ NO | Are you deaf or hard of hearing? (Voluntary) ☐ YES ☐ NO

When joint ownership, please indicate if "or" or "and" is to be shown on title when issued.
☐ OR ☒ AND (If neither box is checked, the title will be issued with "and.")
Select, if applicable: ☐ Tenancy by the Entirety ☐ Life Estate/Remainder Person ☐ With Rights of Survivorship

| Owner's Name as it Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Phone Number (Voluntary) | Owner's Email (Voluntary) | Sex | Date of Birth |
|---|---|---|---|---|
| ISIAH ROBINSON | | | | 03/04/1957 |

| FL DL/ID or FEID/Suffix Number | Owner's Mailing Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Owner's Residential Street Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

### Section 2: MOTOR VEHICLE DESCRIPTION

| Vehicle Identification Number (VIN) | Florida Title Number | License Plate Number | Previous State of Issue |
|---|---|---|---|
| 4389 | | | |

| Make/Manufacturer | Model | Year | Body | Color | Weight | GVW | BHP/CC |
|---|---|---|---|---|---|---|---|
| | | | | | | 4960 | |

**Van Use (if applicable):** ☐ Passenger ☐ Other
**Fuel Type:** ☐ Natural Gas (Liquid) ☐ Natural Gas (Compressed) ☐ Hybrid (Gas/Electric) ☐ Hybrid (Diesel/Electric) ☐ Electric

### Section 3: BRANDS, USAGE AND TYPE OF VEHICLE

☐ Assembled from Parts ☐ Autonomous ☐ Bonded Title ☐ Custom ☐ Electric ☐ Flood ☐ Glider Kit ☐ ILEV ☐ Kit Car
☐ Long Term Lease ☐ Manuf. Buy Back ☐ Police Veh. ☐ Private Use ☐ Rebuilt ☐ Replica ☐ Short Term Lease ☐ Street Rod ☐ Taxicab

### Section 4: LIENHOLDER INFORMATION

**ELT Customer:** ☐ YES ☒ NO | ☐ FEID/Suffix # ☐ DMV Account # ☐ DL/ID #, Sex and DOB | Lienholder's Phone Number (Voluntary) | Lienholder's Email (Voluntary) N/A

| Date of Lien | Lienholder's Mailing Address | City | State | Zip Code |
|---|---|---|---|---|
| 9/8/2023 | | | | |

**Lienholder's Name** (If box is not checked, title will be mailed to the first lienholder.)
NATIONAL AUTOMOTIVE, INC DBA NATIONAL AUTOMOTIVE, INC
☐ Check this box if you, lienholder representative, authorize the Department to send the motor vehicle title to the owner and sign here:

### Section 5: TRANSFER TYPE

If ownership has transferred, how and when was the motor vehicle acquired? ☐ Inheritance
☒ Sale (Price: $_____) ☐ Gift ☐ Repossession ☐ Court Order ☐ Other (Specify):
**Date Acquired:** 9 / 8 / 2023

### Section 6: ODOMETER DECLARATION

**WARNING:** ...

I/we state that this ☐ 5 or ☐ 6-digit odometer now reads __118245__ .xx miles. (No tenths)
**Date Read:** 9/8/2023

I/we hereby certify that to the best of my/our knowledge the odometer reading:
☒ 1. REFLECTS ACTUAL MILEAGE. ☐ 2. IS NOT THE ACTUAL MILEAGE. ☐ 3. IS IN EXCESS OF ITS MECHANICAL LIMITS.

HSMV 82040 MV – Rev. 07/23
FL_TITLEAPP_MOTORVEHICLE82040.PDF (50U/125) VER: DOTNET 06/27/2023
https://www.flhsmv.gov
RULE 15C-21.001, FAC



# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE

### Section 7: DEALER SALES TAX REPORT AND MOTOR VEHICLE TRADE-IN INFORMATION

| Florida Sales Tax Registration Number | Dealer License Number | Date of Sale | Amount of Tax | Dealer/Agent Signature |
|---|---|---|---|---|
| | | 09/08/2023 | 723.44 | |

| Year of Trade In | Make of Trade In | Title Number of Trade In (if known) | Vehicle Identification Number (VIN) of Trade In |
|---|---|---|---|
| | | | |

### Section 8: MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION

This section requires a physical inspection and a verification of the vehicle identification number (VIN) (or the motor number for motor vehicles manufactured prior to 1955) of the motor vehicle described on this form by a licensed Florida dealer, Florida notary public, law enforcement officer, or authorized FLHSMV, tax collector (TC) or license plate agency (LPA) employee. Complete this section on all used motor vehicles, including trailer (with abbreviation of "TL" and a weight of 2,000lbs or more), not currently titled in Florida.

I, the undersigned, certify that I have physically inspected the above described vehicle.

| Vehicle Identification Number (VIN) | Name Certifying Inspector | Certifying Inspector Signature | Date |
|---|---|---|---|
| | | | |

Select which option best represents the certifying inspector:
- ☐ Law Enforcement  Agency Name: _____  Badge Number: _____
- ☐ Florida Dealer  Dealer Name: _____  Dealer Number: _____
- ☐ FLHSMV  Office Name: _____  User ID/Badge: _____
- ☐ Tax Collector or License Plate Agency  Agency Name: _____  County/Agency: _____

☐ Florida Notary Public (Stamp or Seal)

Signature: _____

### Section 9: SALES TAX EXEMPTION CERTIFICATION (if applicable)

The purchaser of a motor vehicle in the state of Florida is liable for payment of sales tax to the Department of Revenue unless the sale is exempt from tax. If you qualify for exemption, certify that the motor vehicle described above is not being purchased and is exempt from the sales tax imposed by chapter 212, Florida Statutes, by:

- ☐ Purchaser (state agencies, counties, etc.) holds valid exemption certificate
- ☐ Vehicle will be used exclusively for rental.

Consumer's Certificate of Exemption Number: _____
Sales Tax Registration Number: _____

I hereby certify that ownership of the motor vehicle described on this application, is not subject to Florida Sales and Use Tax for the following reason:
- ☐ Inheritance  ☐ Gift  ☐ Divorce Decree  ☐ Transfer between a married couple  ☐ Other: _____
- ☐ Even trade or trade down

(State the facts of the even trade or trade down and the transferor information, including the transferor's name and address.)

### Section 10: REPOSSESSION DECLARATION

☐ I certify that this motor vehicle was repossessed upon default in the terms of the lien instrument and is now in my possession.

### Section 11: NON-USE AND OTHER CERTIFICATIONS

If checked, the following certifications are made by the applicant:
- ☐ I certify that the certificate of title is lost or destroyed.
- ☐ The vehicle identified will not be operated on the streets and highways of this state until properly registered.
- ☐ Other: (explain) _____

### Section 12: APPLICATION ATTESTATION AND SIGNATURES

I/We physically inspected the VIN. Multiple owners must all sign. If joint ownership is intended, please indicate "or" or "and" between names.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

| Full Name of Applicant, Owner | Signature of Applicant, Owner | Date |
|---|---|---|
| ISIAH ROBINSON | *signed* | |
| Full Name of Applicant, Co-Owner | Signature of Applicant, Co-Owner | Date |
| LISA CLAYTON-ROBINSON | *signed* | 9/8/2023 |

### Section 13: RELEASE OF SPOUSE OR HEIRS INTEREST (if applicable)

The undersigned person(s) state(s) that _____ (Name of deceased) died on _____ (Date)

- ☐ Testate (with a will)
- ☐ Intestate (without a will) and left the surviving heir(s) named below.
- ☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
|---|---|---|
| | | |
| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
| | | |

That at the time of death the decedent was owner of the motor vehicle described in section 2 of this form. The persons signing above hereby release all of their right, title, interest and claim as spouse, heir(s), legatee(s), devisee(s) or otherwise, to the aforesaid motor vehicle.

| Full Name of Applicant | Signature of Applicant | Date |
|---|---|---|
| | | |
| Full Name of Applicant | Signature of Applicant | Date |
| | | |