United States District Court
Middle District of Florida
Jacksonville Division

**ISIAH ROBINSON &
LISA CLAYTON ROBINSON,**

    *Plaintiffs,*

v.                                          **NO. 3:24-cv-948-WWB-PDB**

**NATIONAL AUTOMOTIVE, INC.,**

    *Defendant.*

---

# Order

The Court **strikes** the plaintiffs' disclosure statement, Doc. 2, for failing to comply with Local Rule 3.03 and Local Rule 1.08, as amended by the district judge's standing order entered on January 13, 2021, https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-berger-standing-order-on-revised-local-rules-6-21-mc-3-orl-78.pdf.

By **September 30, 2024**, the plaintiffs must file a disclosure statement using the approved form and following Local Rule 1.08, as amended. The form is in the "forms" section of the Court's website, www.flmd.uscourts.gov.

The plaintiffs are reminded to use the correct case number on future filings: 3:24-cv-948-WWB-PDB.

**Ordered** in Jacksonville, Florida, on September 19, 2024.

                                       PATRICIA D. BARKSDALE
                                       *United States Magistrate Judge*