UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:24-cv-00948-WWB-PD.B.

ISIAH ROBINSON, and LISA CLAYTON ROBINSON, Each an Individual,

    Plaintiffs,

v.

NATIONAL AUTOMOTIVE, INC., a Florida corporation,

    Defendant.

_____

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO VERIFIED COMPLAINT FOR DAMAGES AND INCIDENTAL RELIEF

    COMES NOW Defendant, NATIONAL AUTOMOTIVE, INC., a Florida corporation ("National Automotive"), by and through its undersigned counsel, and pursuant to Rule 12(a)(1)(A)(i), Fed. R. Civ. P. and Local Rule 3.01, hereby files this unopposed motion for an extension of time in which to file its response to Plaintiffs' Verified Complaint for Damages and Incidental Relief, and as grounds therefore states as follows:

    1.    On or about September 12, 2024, Plaintiffs commenced this action by the filing of their Verified Complaint for Damages and Incidental Relief (the "Complaint").

    2.    National Automotive was served with the Complaint on or about September 20, 2024, making its response due on Friday, October 11, 2024.

    3.    Given the nature and extent of Plaintiffs' allegations, National Automotive and its undersigned counsel need additional time to review same in order to confer and prepare an appropriate response to the Complaint. In addition, given the disruptive impact of back-to-back

hurricanes (Helene and Milton) on both National Automotive and its counsel, coupled with undersigned counsel's pre-existing litigation calendar and pending deadlines in other matters, National Automotive and counsel have not been able to confer and need additional time to do so.

4. National Automotive therefore respectfully moves for an extension of time, through and including Friday, November 8, 2024, in which to file its response to the Complaint.

5. The extension sought herein is not interposed for the purposes of delay and, if granted, will not prejudice any party. This matter is in its earliest stages, having been commenced less than a month ago, and National Automotive is the only defendant.

6. In accordance with Local Rule 3.01(g), undersigned counsel conferred with Plaintiffs' counsel regarding the requested extension of time, and Plaintiffs' counsel has no objection thereto.

## MEMORANDUM OF LAW

Rule 6(b)(1), Fed. R. Civ. P., provides that this Court may grant extensions of time in its discretion for good cause shown. In this instance, National Automotive seeks a reasonable extension of time to respond to the Complaint, in order to review relevant information that will bear on its response thereto and to confer with its undersigned counsel regarding same. Because the requested extension of time is sought in good faith, not for the purposes of delay, is unopposed, and will not interfere with the orderly advancement of this action, National Automotive respectfully requests that the Court grant its request for an extension of time as noted herein.

WHEREFORE Defendant, NATIONAL AUTOMOTIVE, INC., a Florida corporation, respectfully requests that this Court grant the requested extension until Friday, November 8, 2024, in which to file its response to Plaintiffs' Complaint, as for such further relief that this Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

As noted in paragraph 7 above, National Automotive's counsel has communicated with Plaintiffs' counsel by e-mail prior to filing this Motion regarding the relief requested herein, and Plaintiffs' counsel consents to said relief.

Respectfully Submitted,

**McGLINCHEY STAFFORD**

*/s/ Kimberly Held Israel*
Kimberly Held Israel, Esq.
Florida Bar No.: 47287
10407 Centurion Pkwy N., Suite 200
Jacksonville, FL 32256-0544
Telephone : (904) 224-4449
Facsimile: (904) 485-8083
Primary E-mail: kisrael@mcglinchey.com
Secondary E-mail: cgipson@mcglinchey.com
***Attorneys for Defendant, NATIONAL AUTOMOTIVE, INC.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Court through CM/ECF, this **9th** day of **October 2024**, causing a copy to be served on counsel for Plaintiffs.

*/s/ Kimberly Held Israel*
ATTORNEY