UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:24-cv-00948

ISIAH ROBINSON,
LISA CLAYTON ROBINSON,
Individuals,

    Plaintiffs,

vs.

NATIONAL AUTOMOTIVE,
INC., a Florida Corporation,

    Defendant.
_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiffs, ISIAH ROBINSON and LISA CLAYTON ROBINSON, by and through undersigned counsel, and pursuant to M.D. Fla. Local Rule 2.02, hereby notify the Court that Joshua Feygin, Esquire is Plaintiffs' lead counsel.

Dated: October 11, 2024

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@JFeyginesq.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiffs, ISIAH ROBINSON and LISA CLAYTON ROBINSON*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 11, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

                                          _____/s/_____
                                          JOSHUA FEYGIN, ESQ.
                                          FLORIDA BAR NO.: 124685