UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ISIAH ROBINSON, and LISA CLAYTON ROBINSON, Each an Individual,

    Plaintiffs,

v.

NATIONAL AUTOMOTIVE, INC., a Florida corporation,

    Defendant.

_____

CASE NO. 3:24-cv-00948-WWB-PDB

### NOTICE OF APPEARANCE AS LEAD COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE that the undersigned, Kimberly Held Israel, Esq., of the law firm of McGlinchey Stafford, will be appearing as lead counsel on behalf of Defendant, NATIONAL AUTOMOTIVE, INC., in this matter for all purposes herein, in accordance with Local Rule 2.02(a). All future pleadings and communications shall be directed to the undersigned at the contact information below.

    **McGLINCHEY STAFFORD**

    */s/ Kimberly Held Israel*
    Kimberly Held Israel, Esq.
    Florida Bar No. 47287
    10407 Centurion Pkwy. N., Ste. 200
    Jacksonville, FL 32256
    Telephone: (904) 224-4449
    Fax: (904) 485-8083
    Primary E-Mail: kisrael@mcglinchey.com
    Secondary E-Mail: cgipson@mcglinchey.com
    ***Counsel for Defendant***

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 11, 2024, a true and correct copy of the foregoing Notice of Appearance as Lead Counsel for Defendant has been electronically filed with the Clerk of the Court by using the CM/ECF system, causing a copy to be served on counsel for all parties of record.

                                                  */s/ Kimberly Held Israel*
                                                      Attorney