# EXHIBIT B

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, NATIONAL AUTOMOTIVE, INC. (transferor's name, print) state that the odometer now reads 118246 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is *NOT* the actual mileage.   **WARNING—ODOMETER DISCREPANCY.**

Make: CHEVROLET
Model: EQUINOX
Body Type: LS

Vehicle Identification Number: 4369
Year: 2011
Date of Statement: 09/08/2023

(Transferor's Signature)
CHRISTOPHER CALDWELL
NATIONAL AUTOMOTIVE, INC.
(Printed Name)

(Transferee's Signature)
ISIAH ROBINSON AND LISA CLAYTON-ROBINSON
(Printed Name)

**TRANSFEROR'S NAME AND ADDRESS**

NATIONAL AUTOMOTIVE, INC.
(Printed Name)
6600 BLANDING BLVD
(Street or Address)
JACKSONVILLE, FL 32244
(City)   (State)   (Zip)

**TRANSFEREE'S NAME AND ADDRESS**

ISIAH ROBINSON AND LISA CLAYTON-ROBINSON
(Printed Name)
(Street or Address)
(City)   (State)   (Zip)

Customized by Wayne Reaves Computer Systems, Inc. XODS.PDF [(152U/334) SOLD; (153Z/356) TRADE
Odometer Disclosure Statement

ODS 4/24/2007

Bankers Systems ®
©2017 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.