# EXHIBIT D

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
**POWER OF ATTORNEY FOR A MOTOR VEHICLE, MOBILE HOME, VESSEL or VESSEL with TRAILER**
**Please submit this form to your local tax collector office or license plate agent.**
http://www.flhsmv.gov/locations/

As of today, __9/5/23__ , I/we hereby name and appoint, **ROBERT KARR** - 3rd party,
(Full Legibly Printed Name is Required)
to be my/our lawful attorney-in-fact to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle, mobile home, vessel, or vessel with a trailer described below, and to print my/our name and sign their name, in my/our behalf.  My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we or myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof.

Please check **only one** of the following options:

☒ Motor Vehicle    ☐ Mobile Home    ☐ Vessel    ☐ **Vessel with an Untitled Trailer**    ☐ **Vessel with a Titled Trailer**
(Trailers less than 2,000 pounds)    (Trailers  2,000 pounds or more)

| Year | Make/Manufacturer | Body Type | Title Number | Vehicle Identification Number (VIN)/ Hull Identification Number (HIN) |
|------|-------------------|-----------|--------------|------------------------------------------------------------------------|
| 2011 | Chev | | 139878230 | ████████ 4389 |
| | | | | |

**NOTICE TO OWNER(S):**  Please complete this form in its entirety prior to signing.

**Under penalties of perjury, I/we declare that I/we have read the foregoing document and that the facts stated in it are true.**

| Legibly Printed Name of Owner ("Grantor") | Signature of Owner ("Grantor") | |
|-------------------------------------------|--------------------------------|--|
| Isiah Robinson | _Oscah Robinson_ | |
| Driver License, Identification Card or FEID Number of Owner ████████ | | Date of Birth of Owner, if applicable |
| Owner's Address ████████ | City | State | Zip Code |
| Legibly Printed Name of Co-Owner ( 'Grantor), if applicable | Signature of Co-Owner ("Grantor) | |
| Lisa Robinson | _Rose A Olga Robin_ | |
| Driver License, Identification Card or FEID Number of Co-Owner | | Date of Birth of Co-Owner, if applicable |
| Co-Owner's Address | City | State | Zip Code |

This non-secure power of attorney form may be used when an individual or entity appointed as the attorney-in-fact will be completing the odometer disclosure statement as the buyer only or the seller only.  However, this form cannot be used to allow an individual or entity (such as a dealership) to sign as both buyer and seller for the purpose of disclosing the odometer reading.  This may be accomplished only with the secure power of attorney (HSMV 82995) when:

(a)    the title is physically being held by the lienholder; or
(b)    the title is lost.

A licensed dealer and his/her employees are considered a single entity. The Owner and/or Co-owner must be the same for ALL vehicles, mobile homes, vessels, or vessels with a trailer listed above.

HSMV 82053 (Rev. 06/16/22)