# EXHIBIT H

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
**APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE**

### Section 7: DEALER SALES TAX REPORT AND MOTOR VEHICLE TRADE IN INFORMATION (If applicable)

| Florida Sales Tax Registration Number | Dealer License Number | Date of Sale | Amount of Tax | Dealer/Agent Signature |
|---|---|---|---|---|
| 26-8016313205-7 | VI-1065376-2 | 09/08/2023 | 723.44 | |

| Year of Trade In | Make of Trade In | Title Number of Trade In (If known) | Vehicle Identification Number (VIN) of Trade In |
|---|---|---|---|
| | | | |

### Section 8: MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION

This section requires a physical inspection and a verification of the vehicle identification number (VIN) (or the motor number for motor vehicles manufactured prior to 1955) of the motor vehicle described on this form by a licensed Florida dealer, Florida notary public, law enforcement officer, or authorized FLHSMV, tax collector (TC) or license plate agency (LPA) employee. Complete this section on all used motor vehicles, including trailer (with abbreviation of "TL" and a weight of 2,000lbs or more), not currently titled in Florida.

I, the undersigned, certify that I have physically inspected the above-described vehicle:

| Vehicle Identification Number (VIN) | Name Certifying Inspector | Certifying Inspector Signature | Date |
|---|---|---|---|
| | | | |

Select which option best represents the certifying inspector:

☐ Law Enforcement    Agency Name: _____    Badge Number: _____         ☐ Florida Notary Public (Stamp or Seal)
☐ Florida Dealer    Dealer Name: _____    Dealer Number: _____
☐ FLHSMV    Office Name: _____    User ID/Badge: _____
☐ Tax Collector or    Agency Name: _____    County/Agency: _____
   License Plate Agency                                                                                          Signature: _____

### Section 9: SALES TAX EXEMPTION CERTIFICATION (If applicable)

**The purchase of a recreational vehicle to be offered for rent as living accommodations does not qualify for exemption. I certify the motor vehicle described has been purchased and is exempt from the sales tax imposed by Chapter 212, Florida Statutes, by:**

☐ Purchaser (state agencies, counties, etc.) holds valid exemption certificate         ☐ Vehicle will be used exclusively for rental.

Consumer's Certificate of Exemption Number: _____    Sales Tax Registration Number: _____

I hereby certify that ownership of the motor vehicle described on this application, is not subject to Florida Sales and Use Tax for the following reason:

☐ Inheritance    ☐ Gift    ☐ Divorce Decree    ☐ Transfer between a married couple    ☐ Other: _____

☐ Even trade or trade down _____
_____ (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address.)

### Section 10: REPOSSESSION DECLARATION

☐ I certify that this motor vehicle was repossessed upon default in the terms of the lien instrument and is now in my possession.

### Section 11: NON-USE AND OTHER CERTIFICATIONS

If checked, the following certifications are made by the applicant:
☐ I certify that the certificate of title is lost or destroyed.
☐ The vehicle identified will not be operated on the streets and highways of this state until properly registered.
☐ Other: (explain) _____

### Section 12: APPLICATION ATTESTMENT AND SIGNATURES

I/We physically inspected the VIN. (More than one form HSMV 82040 may be used for additional signatures.)
**Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.**

| Full Name of Applicant, Owner | Signature of Applicant, Owner | Date |
|---|---|---|
| ISIAH ROBINSON | *Isiah Robinson* | |

| Full Name of Applicant, Co-Owner | Signature of Applicant, Co-Owner | Date |
|---|---|---|
| LISA CLAYTON-ROBINSON | *Lisa Clayton Laun* | 9/8/2023 |

### Section 13: RELEASE OF SPOUSE OR HEIRS INTEREST (If applicable)

The undersigned person(s) state(s) that _____ died on _____
                                                                  (Name of deceased)                                        (Date)
☐ Testate (with a will)    ☐ Intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.
**Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.**
(More than one form HSMV 82040 may be used for additional signatures.)

| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
|---|---|---|
| | | |

| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
|---|---|---|
| | | |

That at the time of death the decedent was owner of the motor vehicle described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle to:

| Full Name of Applicant | Signature of Applicant | Date |
|---|---|---|
| | | |

| Full Name of Applicant | Signature of Applicant | Date |
|---|---|---|
| | | |



**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE**
**Please submit this form to your local tax collector office or license plate agency.**
https://www.flhsmv.com/locations/
Note: All fields are required unless otherwise stated or not applicable.

**Application Type:** ☐ Original ☐ Transfer  **Request to print Certificate of Title:** ☐ No ☐ Yes: In office ☐ Yes: Mailed
**Off-Highway Vehicle Type:** ☐ All-Terrain Vehicle (ATV) ☐ Recreational Off-Highway Vehicle (ROV) ☐ Off-Highway Motorcycle (OHM)

### Section 1: OWNER/APPLICANT INFORMATION

| Customer Number | Fleet Number | Unit Number | Owner's County of Residence |
|---|---|---|---|
| 4762 | | 284389 | FLAGLER |

**Owner Details:** Are you a Florida Resident? ☒ YES ☐ NO   Are you a US Citizen? ☐ YES ☐ NO   Are you deaf or hard of hearing? (Voluntary) ☐ YES ☐ NO

When joint ownership, please indicate if "or" or "and" is to be shown on title when issued.  ☐ OR  ☒ AND  *(If neither box is checked, the title will be issued with "and.")*   Select, if applicable: ☐ Tenancy by the Entirety   ☐ Life Estate/Remainder Person   ☐ With Rights of Survivorship

| Owner's Name as It Appears on Driver License *(First, Full Middle/Maiden, & Last Name)* | Owner's Phone Number *(Voluntary)* | Owner's Email *(Voluntary)* | Sex | Date of Birth |
|---|---|---|---|---|
| ISIAH ROBINSON | | | | |

| FL DL/ID or FEID/Suffix Number | Owner's Mailing Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Owner's Residential Street Address | | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Mail To Customer Name *(If different from above owner)* | Mail To's Phone Number *(Voluntary)* | Mail To's Email *(Voluntary)* | Sex | Date of Birth |
|---|---|---|---|---|
| | | | | |

| FL DL/ID or FEID/Suffix Number | Mail To's Address *(If different from above mailing address)* | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

**Co-Owner Details:** Are you a Florida Resident? ☒ YES ☐ NO   Are you a US Citizen? ☐ YES ☐ NO   Are you deaf or hard of hearing? (Voluntary) ☐ YES ☐ NO

| Co-Owner or Lessee's Name as it Appears on Driver License *(First, Full Middle/Maiden, & Last Name)* | Co-Owner's Phone Number *(Voluntary)* | Co-Owner's Email *(Voluntary)* | Sex | Date of Birth |
|---|---|---|---|---|
| ☒ LISA CLAYTON-ROBINSON | | | | |

| FL DL/ID or FEID/Suffix Number | Co-Owner's/Lessee's Mailing Address | City | State | Zip Code |
|---|---|---|---|---|
| | | | | N/A |

| Co-Owner's/Lessee's Residential Street Address | | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

### Section 2: MOTOR VEHICLE DESCRIPTION

| Vehicle Identification Number (VIN) | Florida Title Number | License Plate Number | Previous State of Issue |
|---|---|---|---|
| ...4389 | | | |

| Make/Manufacturer | Model | Year | Body | Color | Weight | GVW | BHP/CC |
|---|---|---|---|---|---|---|---|
| CHEVROLET | EQUINOX | 2011 | 4D S | | | 4960 | |

**Van Use** *(if applicable)*  ☐ Passenger  ☐ Other   **Fuel Type**  ☐ Natural Gas (Liquid)  ☐ Natural Gas (Compressed)  ☐ Hybrid (Gas/Electric)  ☐ Hybrid (Diesel/Electric)  ☐ Electric

### Section 3: BRANDS, USAGE AND TYPE *(Check applicable types)*

☐ Assembled from Parts ☐ Autonomous ☐ Bonded Title ☐ Custom ☐ Electric ☐ Flood ☐ Glider Kit ☐ ILEV ☐ Kit Car
☐ Long Term Lease ☐ Manuf. Buy Back ☐ Police Veh. ☐ Private Use ☐ Rebuilt ☐ Replica ☐ Short Term Lease ☐ Street Rod ☐ Taxicab

### Section 4: LIENHOLDER INFORMATION *(If applicable)*

| ELT Customer ☐ YES ☒ NO | ☐ FEID/Suffix # ☐ DMV Account # ☐ DL/ID #, Sex and DOB<br>36-4766251 | Lienholder's Phone Number *(Voluntary)* | Lienholder's Email *(Voluntary)* N/A |
|---|---|---|---|

| Date of Lien | Lienholder's Mailing Address | City | State | Zip Code |
|---|---|---|---|---|
| 9/8/2023 | 6600 Banting Blvd | Jack | FL | 32244 |

Lienholder's Name *(If box is not checked, title will be mailed to the first lienholder.)*   ☐ Check this box if you, lienholder representative, authorize the Department to send
NATIONAL AUTOMOTIVE, INC DBA NATIONAL AUTOMOTIVE, INC   the motor vehicle title to the owner and sign here: _____

### Section 5: TRANSFER TYPE *(if applicable)*

If ownership has transferred, how and when was the motor vehicle acquired? ☐ Inheritance
☒ Sale (Price: $ ___ ) ☐ Gift ☐ Repossession ☐ Court Order ☐ Other *(Specify)*: ___   Date Acquired: 9 / 8 / 2023

### Section 6: ODOMETER DECLARATION

**WARNING:** Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/we state that this ☐5 or ☐6-digit odometer now reads   118245   .xx miles.   Date Read: ___ 9/8/2023 ___
*(No tenths)*

I/we hereby certify that to the best of my/our knowledge the odometer reading:
☒ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS NOT THE ACTUAL MILEAGE.   ☐ 3. IS IN EXCESS OF ITS MECHANICAL LIMITS.

HSMV 82040 MV – Rev. 07/23   https://www.flhsmv.gov   RULE 15C-21.001, FAC
FL_TITLEAPP_MOTORVEHICLE82040.PDF (50U/125) VER: DOTNET 06/27/2023