# EXHIBIT J

A00088

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4389 | 2011 | CHEV | UT | 3786 | | 139878230 |

Date of Issue 02/22/2023

Registered Owner:

TRAVIS LEE WARD

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Mail To:

TRAVIS LEE WARD

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

STATE OF FLORIDA — LIEN SATISFACTION

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4389 | 2011 | CHEV | UT | 3786 | | 139878230 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE | 02/21/2023 |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 112990 MILES  02/22/2023  NOT ACTUAL | | | 02/22/2023 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner:

TRAVIS LEE WARD

1st Lienholder

**NONE**

DIVISION OF MOTORIST SERVICES     TALLAHASSEE     FLORIDA     DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number  162109843

David M. Kerner
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: MURRAY FORD         Address: 13447 US HWY 301 S. STARKE, FL 32091
Seller Must Enter Selling Price: $1¢
I/We state that this ☐ 5 or ☐ 6 digit odometer now reads 1 1 8 1 3 1 1 ☒ (no tenths) miles, date read 5/19/23   Seller Must Enter Date Sold: 5/19/23  and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.     ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. is NOT THE ACTUAL MILEAGE.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _(signature)_
Print Here: TRAVIS WARD
Selling Dealer's License Number: _____     Tax No.: _____

CO-SELLER Must Sign Here: _____
Print Here: _____
Tax Collected: _____

Auction Name: _____     License Number: _____

PURCHASER Must Sign Here: Miranda Wilkinson Agent
Print Here: Miranda Wilkinson Agent

CO-PURCHASER Must Sign Here: _____
Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)     STATE OF FLORIDA

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____  Purchaser's DL/ID _____
                    First              MI              Last

Address _____  Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____  Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VF1024927   Selling Dealer's Name: MURRAY FORD   Tax No.: _____   Tax Collected: RS
Selling Dealer's Address: 13447 US HWY 301 S. STARKE, FL 32091   Date Sold: 9-1-23
Purchaser's Name(s): National Automotive Inc   Address: 6000 Blanding Blvd Jax FL 32244
I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS 118135 xx (NO TENTHS) MILES, DATE READ 9/1/23 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE, WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: [signature]
Print Here: [illegible]
Seller/Agent Must Sign Here: Miranda Wilkinson
Print Here: Miranda Wilkinson
Co-Purchaser Must Sign Here: _____
Print Here: _____
Auction Name (When Applicable): _____
Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: V11655762   Selling Dealer's Name: National Automotive   Tax No.: 268016313205   Tax Collected: 723.44
Selling Dealer's Address: 6000 Blanding Blvd Jax FL 32244   Date Sold: 9-5-23
Purchaser's Name(s): Isiah + Lisa Robinson   Address: [redacted]
I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS 118245 xx (NO TENTHS) MILES, DATE READ 9/5/23 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☒ 3. IS NOT THE ACTUAL MILEAGE, WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: Isiah Robinson POA by Ron Ka[illegible]
Print Here: Isiah Robinson
Co-Purchaser Must Sign Here: Lisa Clayton Robinson POA by R Ka[illegible]
Print Here: L Sr Robinson
Seller/Agent Must Sign Here: [signature]
Print Here: Miranda [illegible]
Auction Name (When Applicable): _____
Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____   Selling Dealer's Name: _____   Tax No.: _____   Tax Collected: _____
Selling Dealer's Address: _____   Date Sold: _____
Purchaser's Name(s): _____   Address: _____
I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS _____ xx (NO TENTHS) MILES, DATE READ __/__/__ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:
CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE, WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____
Print Here: _____
Seller/Agent Must Sign Here: _____
Print Here: _____
Co-Purchaser Must Sign Here: _____
Print Here: _____
Auction Name (When Applicable): _____
Auction License Number: _____