# EXHIBIT I



**FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES**

May 3rd, 2024

**Dave Kerner**
Executive Director

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

Isiah Robinson

RE: Isiah Robinson vs. National Automotive Inc.
Complaint #171760

Dear Mr. Robinson:

In response to the complaint you filed against the above-mentioned dealership, this letter is to inform you that our investigation is complete, and we are closing the complaint accordingly. We will be forwarding this information to DMV Enforcement for further investigation.

If this office can be of further assistance to you, please feel free to contact us at the number shown below.

Best regards,

*Sylvester E. Krzykalski*, Compliance Examiner
Motor Vehicle Field Office, Region 3
9550 Regency Square Blvd, Suite 100
Jacksonville, FL  32225
SylwekKrzykalski@FLHSMV.Gov
Telephone:  904-365-2681
Fax:  904-723-2001

**FLHSMV**
FLORIDA HIGHWAY SAFETY    AND MOTOR VEHICLES



**FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES**

May 3rd, 2024

Dave Kerner
Executive Director

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

National Automotive Inc.
6600 Blanding Blvd.
Jacksonville, FL 32244

RE: Isiah Robinson vs. National Automotive Inc.
Complaint #171760

Complaint #171760

Dear Robin Lynn Taylor:

This office has completed the investigation of the complaint that was filed against your dealership by the above named complainant. Your dealership has been charged with the following violations:

**F.S. 319.225(4)**     **DEALER FAILED TO COMPLETE PROPER ODOMETER DISCLOSURE STATEMENT**

This letter is to serve as written notice that the complaint is now closed. This office appreciates your prompt attention to this matter.

Best regards,

*Sylvester E. Krzykalski,* Compliance Examiner
Motor Vehicle Field Office, Region 3
9550 Regency Square Blvd, Suite 100
Jacksonville, FL 32225
SylwekKrzykalski@FLHSMV.Gov
Telephone: 904-365-2681
Fax: 904-723-2001