# EXHIBIT J

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

A00088

STATE OF FLORIDA

LIEN SATISFACTION

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4389 | 2011 | CHEV | UT | 3786 | | 139878230 |

Date of Issue 02/22/2023

Registered Owner:

TRAVIS LEE WARD

Lien Release
Interest in the described vehicle is hereby released

By _____
Title _____
Date _____

Mail To:

TRAVIS LEE WARD

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4389 | 2011 | CHEV | UT | | 3786 | 139878230 |

Interest in the described vehicle is hereby released

| Prev. State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev. Issue Date |
|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE | 02/21/2023 |

By _____
Title _____

| Odometer Status or Vessel Manufacturer or OH use | | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 112990 MILES | 02/22/2023 NOT ACTUAL | | | 02/22/2023 |

Date _____

Registered Owner:

TRAVIS LEE WARD

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number 162109843

David M. Kerner
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: MURRAY FORD    Address: 13447 US HWY 301 S. STARKE, FL 32091

Seller Must Enter Selling Price: P.u.S    Seller Must Enter Date Sold 5/19/23

I/We state that this ☐ 5 or ☑ 6 digit odometer now reads 1 | 1 | 2 | 1 | 9 | 3 | 7 | 1 | X | (no tenths) miles, date read 5/19/23 and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.    ☑ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.    ☑ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _Travis Ward_    CO-SELLER Must Sign Here: _____
Print Here: Travis Ward    Print Here: _____

Selling Dealer's License Number: _____    Tax No.: _____    License Number: _____    Tax Collected: $ _____

Auction Name: _____

PURCHASER Must Sign Here: _Miranda Wilkinson, Agent_    CO-PURCHASER Must Sign Here: _____
Print Here: Miranda Wilkinson, Agent    Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)    **STATE OF FLORIDA**

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____ Purchaser's DL/ID _____
First         MI         Last

Address _____/_____ Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### FIRST REASSIGNMENT BY LICENSED DEALER

| Selling Dealer's License No.: VF1024927 | Selling Dealer's Name: MURRAY FORD | Tax Collected: YS |
|---|---|---|
| Selling Dealer's Address: 13447 US HWY 301 S. STARKE, FL 3209 | | Date Sold: 9-1-23 |
| Purchaser's Name(s): National Automotive Inc | Address: 6600 Blanding Blvd Jax fl 32244 | |

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS |_1_|_8_|_9_|_8_|_5_|.XX (NO TENTHS) MILES, DATE READ 9, 1, 23 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THIS ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF 5 DIGIT ODOMETERS) APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: *Rix*
Print Here:
Co-Purchaser Must Sign Here:
Print Here:

Seller/Agent Must Sign Here: *Miranda Wilkinson*
Print Here: Miranda Wilkinson
Auction Name (When Applicable):
Auction License Number:

### SECOND REASSIGNMENT BY LICENSED DEALER

| Selling Dealer's License No.: V1Q4053762 | Selling Dealer's Name: National Automotive | 2080 L03133051 | Tax Collected: 723.44 |
|---|---|---|---|
| Selling Dealer's Address: 6600 Blanding Blvd Jax Fl 32244 | | | Date Sold: 9-5-23 |
| Purchaser's Name(s): Isiah + Lisa Robinson | Address: ██████████ 9, 5, 23 | | |

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS |_1_|_9_|_4_|_5_|_5_|.XX (NO TENTHS) MILES, DATE READ 9, 5, 23 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THIS ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☑ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: Isiah Robinson PoA by PoA Con
Print Here: Isiah Robinson
Co-Purchaser Must Sign Here: Lisa Clayton Robinson PoA by PoA Con
Print Here: Lisa Robinson

Seller/Agent Must Sign Here: Wilomaghn
Print Here:
Auction Name (When Applicable):
Auction License Number:

### THIRD REASSIGNMENT BY LICENSED DEALER

| Selling Dealer's License No.: | Selling Dealer's Name: | Tax Collected: |
|---|---|---|
| Selling Dealer's Address: | | Date Sold: |
| Purchaser's Name(s): | Address: | |

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS |__|__|__|__|__|.XX (NO TENTHS) MILES, DATE READ __/__/__ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THIS ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 3 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:
Print Here:
Co-Purchaser Must Sign Here:
Print Here:

Seller/Agent Must Sign Here:
Print Here:
Auction Name (When Applicable):
Auction License Number: