UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ISIAH ROBINSON and LISA CLAYTON
ROBINSON,

        Plaintiffs,

v.                                           Case No.: 3:24-cv-948-WWB-PDB

NATIONAL AUTOMOTIVE, INC.,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion for Judgment on the Pleadings (Doc. 19), wherein Plaintiffs seek judgment on Defendant National Automotive, Inc.'s Counterclaim (Doc. 17 at 44–48). Defendant filed a Response in Opposition (Doc. 21).

On April 10, 2025, Defendant filed an Answer and Affirmative Defenses to Verified Amended Complaint for Damages and Incidental Relief ("**Amended Answer**," Doc. 32). The Amended Answer does not include any counterclaims against Plaintiffs or reference to the previously filed counterclaim. "[B]ecause an amended pleading supersedes the original pleading, where a defendant fails to reallege its previously asserted counterclaim in its amended pleading, the counterclaim is deemed to have been abandoned." *Stone Tech. (HK) Co. v. GlobalGeeks, Inc.*, No. 20-cv-23251, 2021 WL 86776, at *4 (S.D. Fla. Jan. 11, 2021) (collecting cases); *see also Steadfast Ins. Co. v. Sec. Eng'rs, Inc.*, No. 2:14-cv-1124, 2015 WL 300412, at *1 (N.D. Ala. Jan. 22, 2015). Accordingly, because

the Counterclaim has been abandoned, it is **ORDERED** that Plaintiffs' Motion for Judgment on the Pleadings (Doc. 19) is **DENIED as moot**.

**DONE AND ORDERED** in Jacksonville, Florida on April 17, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record