UNITED STATES DISTRICT COURT
MIDDLE DISTRICTOF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:24-cv-00948

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an Individual,

    Plaintiffs,
vs.

NATIONAL AUTOMOTIVE, INC., a
Florida Corporation, and
ROBIN RAMAGHI, an individual,

    Defendants.
_____/

NATIONAL AUTOMOTIVE,
INC., a Florida Corporation,

    Defendant/Counter-Plaintiff,

v.

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an Individual.

    Plaintiffs/Counter-Defendants.
_____/

### PLAINTIFFS/COUNTER-DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE AND UNOPPOSED MOTION FOR RETROACTIVE EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Plaintiffs/Counter-Defendants, ISIAH ROBINSON and LISA CLAYTON ROBINSON ("Plaintiffs"), by and through undersigned counsel, respectfully submit this Response to the Court's Order to Show Cause (D.E. 33) and move the Court for a retroactive one-day extension of time pursuant to Federal Rule of Civil Procedure

6(b)(1)(B), and in support state as follows:

1. On March 22, 2024, the Court entered an Order (D.E. 28) granting Plaintiffs leave to file an amended complaint within five (5) days, making the deadline March 27, 2024.

2. Plaintiffs filed an amended complaint on March 27, 2024 (D.E. 29), but due to an inadvertent clerical oversight, the wrong version of the amended pleading was submitted.

3. Upon discovering the error, Plaintiffs immediately corrected it by filing the proper version of the amended complaint on March 28, 2024 (D.E. 30).

4. Plaintiffs now respectfully request that the Court deem the corrected version of the amended complaint (D.E. 30) to be timely filed and grant a one-day retroactive extension under Rule 6(b)(1)(B).

5. Federal Rule of Civil Procedure 6(b)(1)(B) allows the Court to extend deadlines retroactively upon a showing of excusable neglect. Here, the delay was unintentional and promptly cured.

6. Plaintiffs acted in good faith and without delay once the error was identified. There has been no prejudice to Defendant as a result of the one-day delay.

7. Underscore the absence of any prejudice, Defendant has already responded to the corrected amended complaint by filing an Answer on April 5, 2024 (D.E. 32), without raising any objection to timeliness.

8. The requested relief will serve the interests of judicial economy and afford the Parties an opportunity to resolve the matter on the merits.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g) of the Middle District of Florida, counsel for Plaintiffs certifies that he conferred with counsel for Defendant/Counter-Plaintiff, NATIONAL AUTOMOTIVE, INC., a Florida Corporation, regarding the relief requested herein. Counsel has advised that Defendant/Counter-Plaintiff does not oppose the relief requested in this Motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court:

a) Discharge the Show-Cause Order;

b) Grant a retroactive one-day extension of time pursuant to Fed. R. Civ. P. 6(b)(1)(B);

c) Deem the amended complaint filed at D.E. 23 to be timely filed; and

d) Grant such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685
Email: Josh@sueyourdealer.com
1930 Harrison Street
Suite 208 F
Hollywood, FL 33020
Telephone: (954) 228-5674
Facsimile: (954) 697-0357
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on Friday, 18 April 2025, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Joshua Feygin*
Joshua Feygin, Esq.
FLORIDA BAR NO: 124685