**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICTOF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO.: 3:24-cv-00948**

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an Individual,

    Plaintiffs,
vs.

NATIONAL AUTOMOTIVE, INC.,
a Florida Corporation,

    Defendant.
_____/

NATIONAL AUTOMOTIVE,
INC., a Florida Corporation,

    Defendant/Counter-Plaintiff,

v.

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an Individual.

    Plaintiffs/Counter-Defendants.
_____/

**COUNTER-DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME,**
***NUNC PRO TUNC***

Counter-Defendants, ISIAH ROBINSON and LISA CLAYTON ROBINSON ("Counter-Defendants"), by and through undersigned counsel, respectfully move this Court for entry of an order granting an extension of time *nunc pro tunc*, and deeming their Answer and Affirmative Defenses [DE 40] to the Counterclaim [DE 39] as timely filed. In support thereof, Counter-Defendants state as follows:

1. On or about April 29, 2025, Defendant/Counter-Plaintiff NATIONAL AUTOMOTIVE, INC. filed its Counterclaim. See [DE 84].

2. Counter-Defendants' response to the Counterclaim was due on or before May 20, 2025, pursuant to Federal Rule of Civil Procedure 12(a)(1)(B).

3. Due to an inadvertent calendaring error, the deadline was not properly scheduled, resulting in the Answer and Affirmative Defenses being filed on June 3, 2025, immediately upon discovery of the error. [DE 40].

4. Federal Rule 6(b)(1)(B) "gives courts discretion to extend time limits 'on motion after the time has expired if the party failed to act because of excusable neglect.'" *Sapphire Int'l Grp., Inc. v. Allianz Global Risks US Ins. Co.*, No. 18-CV-80101-DMM, 2018 WL 8344838, at *2 (S.D. Fla. Sept. 26, 2018) (quoting *Fed. R. Civ. P. 6(b)(1)(B)*).

5. In determining whether to grant relief under Rule 6(b)(1)(B), courts consider "the danger of prejudice to the opposing party; the length of delay and its potential impact on the judicial proceedings; the reason for the delay, including whether it was within the reasonable control of the movant; and whether the movant acted in good faith." *Id.* (citing *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993)).

6. Here, the delay was minimal, unintentional, and resulted from excusable neglect, namely a clerical calendaring error. There is no prejudice to the opposing party, as the litigation is in its early stages and the trial is not imminent. Further, the recently filed Answer and Affirmative Defenses mirrors the Counter-Defendant's previously filed Answer and Affirmative Defenses [DE 18]. As a result, the Counter-Plaintiff cannot claim any surprise from the same. Further underscoring the lack of prejudice, the Defendant/Counter-Plaintiff does not oppose the requested relief.

7. Under these circumstances, Counter-Defendants respectfully submit that a retroactive extension of time is warranted. *See*, e.g., *Rance v. Rock Solid Granite USA, Inc.*, No. 08-21639-CIV, 2011 WL 906643, at *1 (S.D. Fla. Feb. 9, 2011), adopted by 2011 WL 904830 (S.D. Fla. Mar. 14, 2011) (granting extension nunc pro tunc where trial was months away and delay in filing answer was short).

8. Accordingly, Counter-Defendants respectfully request the Court grant the instant Motion and deem their Answer and Affirmative Defenses [DE 40] to the Counterclaim [DE 39] timely filed.

### 3.01(g) CERTIFICATION

Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that a good faith conferral occurred on June 3rd - 4th via e-mail communication with counsel for Defendant/Counter-Plaintiff. Counsel advised that Defendant/Counter-Plaintiff consented to the requested relief.

**WHEREFORE**, for the reasons set forth above, Plaintiffs/Counter-Defendants, ISIAH ROBINSON and LISA ROBINSON, each an individual, respectfully request that this Court grant their Motion for Extension of Time, deem their Answer and Affirmative Defenses [DE 40] timely filed, and for any further relief deemed just and proper. Dated June 4, 2025.

Respectfully submitted,

*/s/ Joshua E. Feygin*
**JOSHUA FEYGIN, ESQ.**
FL Bar No.: 124685
Email:Josh@Sueyourdealer.com
**SUE YOUR DEALER – A LAW FIRM**
1930 Harrison St, Suite 208F

        Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiffs/Counter-Defendants*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 4, 2025, a true and correct copy of the foregoing has been served, via e-mail, to:

**Kimberly Held Israel, Esq.**
Florida Bar No. 47287
10407 Centurion Pkwy. N., Ste. 200
Jacksonville, FL 32256
Telephone: (904) 224-4449
Fax: (904) 485-8083
Primary E-Mail: kisrael@mcglinchey.com
*Attorney for Defendant/Counter-Plaintiff*

*/s/ Joshua Feygin*
**Joshua Feygin, Esq.**