AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| ISAIAH ROBINSON, and LISA CLAYTON ROBINSONSON, | ) |
| *Plaintiff* | ) |
| v. | ) |
| NATIONAL AUTOMOTIVE, INC., and ROBIN RAMAGHI | ) |
| *Defendant* | ) |

Case No.    3:24-cv-00948-WWB-PDB

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs/Counter-Defendants ISAIAH ROBINSON, and LISA CLAYTON ROBINSON, Each an Individual .

Date:      07/17/2025

/s/ Michael A. Citron, Esq.
*Attorney's signature*

MICHAEL A. CITRON, ESQ.
Florida Bar No. 105083
*Printed name and bar number*

MAC Legal P.A.
4601 Sheridan Street, Ste. 205
Hollywood, FL 3302
*Address*

Michael@MACLegalPA.com
Service@MACLegalPA.com
*E-mail address*

(954) 395-2954
*Telephone number*

(305) 402-0866
*FAX number*