United States District Court
Middle District of Florida
Jacksonville Division

**ISIAH ROBINSON &
LISA CLAYTON ROBINSON,**

 *Plaintiffs & Counter-defendants,*

**v.**

**NATIONAL AUTOMOTIVE, INC.,**    **NO. 3:24-CV-948-WWB-PDB**

 *Defendant & Counter-claimant,*

 **&**

**ROBIN RAMAGHI,**

 *Defendant.*

___

# Order

 When a plaintiff sues a new defendant in an amended complaint, the plaintiff must serve the defendant with process within 90 days of filing the amended complaint. *See* Fed. R. Civ. P. 4(m) (period for service of process); *Lindley v. City of Birmingham*, 452 F. App'x 878, 880 (11th Cir. 2011) (applying the service period to an amended complaint with a new defendant). "Unless service is waived, proof of service must be made to the court." Fed. R. Civ. P. 4(l)(1). "Within twenty-one days after service of a summons and complaint, a party must file proof of service." Local Rule 1.10(a). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

The plaintiffs filed the amended complaint adding Robin Ramaghi as a defendant on March 28, 2025. Doc. 30. They had to serve Ramaghi with process by June 26, 2025, and file proof of service by July 17, 2025.

By **August 5, 2025**, the plaintiffs must file proof of service and show cause why the claim or claims against Ramaghi should not be dismissed without prejudice for failure to timely file proof of service and otherwise prosecute the action.

**Ordered** in Jacksonville, Florida, on July 22, 2025.

Patricia D. Barksdale
United States Magistrate Judge