UNITED STATES DISTRICT COURT
MIDDLE DISTRICTOF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:24-cv-00948

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an individual,

    Plaintiffs,
vs.

NATIONAL AUTOMOTIVE, INC.,
a Florida Corporation,

    Defendant.
_____/

NATIONAL AUTOMOTIVE,
INC., a Florida Corporation,

    Defendant/Counter-Plaintiff,

v.

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an individual.

    Plaintiffs/Counter-Defendants.
_____/

## PLAINTIFFS'/COUNTER-DEFENDANTS' RESPONSE TO COURT'S SHOW CAUSE ORDER

Plaintiffs/Counter-Defendants, Isiah Robinson and Lisa Clayton Robinson ("Plaintiffs"), by and through undersigned counsel, submit this response to the Court's July 22, 2025, Order to Show Cause [DE 44], and state the following:

1. The Amended Complaint naming Robin Ramaghi as a defendant was filed on March 28, 2025. [DE 30].

2. Under Federal Rule of Civil Procedure 4(m), Plaintiffs were required to effectuate service on Ms. Ramaghi within 90 days, which would have been no later than June 26, 2025.

3. Plaintiffs attempted to serve Ms. Ramaghi through a process server, but those efforts were unsuccessful due to her evasive conduct. *See* Exhibit "A."

4. To reduce the cost and expense associated with continued efforts to serve Ms. Ramaghi, Plaintiffs requested that she waive formal service through her attorney under Federal Rule of Civil Procedure 4(d) on April 22, 2025, which she ultimately agreed to do. *See* Composite Exhibit "B."

5. The waiver of service was executed on June 4, 2025, and later filed with the Court on July 22, 2025. [DE 45].

6. On August 04, 2025, Ms. Ramaghi filed a Motion to Dismiss. [DE 46].

7. Pursuant to Rule 4(3), service is deemed effective on the date the request for waiver was sent. Therefore, service on Ms. Ramaghi was properly effectuated as of April 22, 2025, which was within the 90-day period required by Rule 4(m).

8. Under Rule 4(l)(1), proof of service must be filed with the Court unless service has been waived. Because service was waived in this instance, Plaintiffs were not obligated to file the waiver of service, though they ultimately did so in response to the Court's Show Cause Order. [DE 45].

9. Accordingly, Plaintiffs respectfully submit that service was completed in a timely manner and in accordance with the Federal Rules of Civil Procedure, and that dismissal of the claims against Ms. Ramaghi is not warranted.

**WHEREFORE**, Plaintiffs/Counter-Defendants, Isiah Robinson and Lisa Clayton Robinson respectfully request that the Court discharge the Order to Show Cause and allow this case to proceed on the merits.

Respectfully submitted on August 5, 2025:

*/s/ Joshua E. Feygin*
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@sueyourdealer.com
**SUE YOUR DEALER – A LAW FIRM**
4601 Sheridan St #205,
Hollywood, FL 33021
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for the Plaintiffs/
Counter-Defendants*

## CERTIFICATE OF SERVICE

      I certify that on Tuesday, August 5, 2025, a copy of the foregoing was filed via the Court's Electronic Filing system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kimberly Held Israel, Esq.
FL Bar No.: 47287
kisrael@mcglinchey.com
McGlinchey Stafford PLLC
Suite 200
10407 Centurion Parkway N.
Jacksonville, FL 32256
*Counsel for Defendant/Counter-Plaintiff*
NATIONAL AUTOMOTIVE, INC.

                                  */s/ Joshua E. Feygin*
                                  JOSHUA FEYGIN, ESQ.
                                  FL Bar No.: 124685