# EXHIBIT A

## RETURN OF NON-SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **District Court** |

Case Number: 3:24-CV-948

Plaintiff:
**Isiah Robinson, Et Al**

vs.

Defendant:
**National Automotive, INC.**


SSJ2025002162

For:
Joshua Feygin, PLLC
1930 Harrison St. Ste. #208f
Hollywood, FL 33020

Received by Special Services of Jacksonville, Inc. on the 31st day of March, 2025 at 1:53 pm to be served on **Robin Ramaghi, 6600 Blanding Blvd., Jacksonville, FL 32244**.

I, Sandra S. Nordin, do hereby affirm that on the **28th day of May, 2025** at **11:40 am, I:**

**NON-SERVED** the **Summons In A Civil Action, Verified Amended Complaint For Damages And Incidental Relief, Exhibits** the server was unable to find **Robin Ramaghi** or any information to allow further search. Read the comments below for further details.

Additional Information pertaining to this Service:
4/2/2025  12:05 pm  Address is National Automotive Inc and she is the owner. She is rarely ever there and they gave the server her phone number. She told the server that they are supposed to be serving her attorney and she will not accept the papers herself.
4/2/2025  12:13 pm  Her attorney is Kim Israel off Gate Parkway.
4/3/2025  10:30 am  Attempted Service at 6600 Blanding Blvd., Jacksonville, FL 32244, not in.
4/4/2025  3:30 pm  Attempted Service at 6600 Blanding Blvd., Jacksonville, FL 32244, not in.
4/5/2025  11:20 am  Attempted Service at 6600 Blanding Blvd., Jacksonville, FL 32244, not in.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

**Sandra S. Nordin**
#1176

**Special Services of Jacksonville, Inc.**
**729 Parker Street**
**Jacksonville, FL 32202**
**(904) 358-2122**

Our Job Serial Number: SSJ-2025002162

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a