# EXHIBIT B



JOSHUA FEYGIN <josh@sueyourdealer.com>

---

## Service - Robyn Ramaghi

**Israel, Kim** <kisrael@mcglinchey.com>                                          Wed, Jun 4, 2025 at 10:40 AM
To: JOSHUA FEYGIN <josh@sueyourdealer.com>

Good morning, attached is the signed Waiver of Service form.  Please let me know about the depo dates I proposed as soon as possible so we can finalize those.  In terms of an NAI corporate rep depo, if we set the Robinsons on 7/21 or 23, I can find out if NAI can be available on the 29th or 30th.  If you have August dates you want me to also check on my end, please let me know.

We also need to schedule the mediation with Mr. Schmidt, as our deadline is 9/12 and that's going to sneak up on his and he stays fairly booked.  In looking at his online calendar, it looks like he's currently available on 9/2, 3, 4, 9, 10 and 11, which is helpful.  Which of those dates works for you and your clients?  I'll check with NAI on my end as well but I can currently make any of those dates work for an in-person 1/2 day mediation.  I'm happy to take the lead on finalizing this with his office once we select a date and time.


Thanks,

Kim


**Kimberly "Kim" Held**
**Israel**  (she/her/hers)
Attorney at Law

---

**kisrael@mcglinchey.com**
10375 Centurion Pkwy N, Ste 420, Jacksonville, FL 32256
T (904) 224-4485  M (904) 704-2909  F (904) 485-8083


**bio | vCard | mcglinchey.com**


**Our Jacksonville office has relocated, effective Tuesday, April 1, 2025. Please note our new address.**


Alabama  California  Florida  Louisiana  Massachusetts  Mississippi  New York
Ohio  Rhode Island  Tennessee  Texas  Washington  Washington, DC


  

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Wednesday, June 4, 2025 8:12 AM
**To:** Israel, Kim <kisrael@mcglinchey.com>
**Subject:** Re: Service - Robyn Ramaghi

Good morning,

Following up on the below email.

*Sent from a mobile device using voice dictation. Please excuse any typos.*

Joshua Feygin, Esq.*

P: 954.228.5674
F: 954.697.0357
A: 1930 Harrison Street
   Suite 208F
   Hollywood, FL 33020
   (Note: By Appointment Only)

*Admitted to practice in Florida, Vermont and Washington D.C.

NO CLIENT RELATIONSHIP: Communication with an attorney or staff member at Joshua Feygin, PLLC does not by itself create an attorney-client relationship or constitute the provision or receipt of legal advice. Any communication from this law firm should be considered informational only, and should not be relied or acted upon until a formal attorney-client relationship is established by formal written agreement.

On Tue, Jun 3, 2025, 12:03 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

> Assuming that's approved, do you want me to just fill it out and send it back to you for filing?

> Yes, please. When may we anticipate a response?

> Also, I don't recall you responding to the Amended Counterclaim - if that's accurate, please get a response on file by EOB tomorrow.

> Apologies as the deadline was not properly calendared. We will be moving for a retroactive extension of time and to deem the filing timely filed. Please confirm no opposition in this regard.

> Next, we need to set depos of our respective clients.  I'd like to depose the Robinsons on 7/21, 23, 29 or 30.  My preference is to depose both of them on the same day, and it'll likely be by Zoom although I'll confirm that once we have the date selected.

> I will get back to you re: deposition dates. Please work on the same from your client for their (b)(6) deposition.

On Mon, Jun 2, 2025 at 1:09 PM Israel, Kim <kisrael@mcglinchey.com> wrote:

> Hi – I'll review the form with Mrs. Ramaghi and confirm my authority to sign it on her behalf. Assuming that's approved, do you want me to just fill it out and send it back to you for filing?
>
> Also, I don't recall you responding to the Amended Counterclaim - if that's accurate, please get a response on file by EOB tomorrow.
>
> Next, we need to set depos of our respective clients. I'd like to depose the Robinsons on 7/21, 23, 29 or 30. My preference is to depose both of them on the same day, and it'll likely be by Zoom although I'll confirm that once we have the date selected.
>
> Thanks,
>
> Kim
>
> **Kimberly "Kim" Held**
> **Israel** (she/her/hers)
> Attorney at Law
> _____
>
> **kisrael@mcglinchey.com**
> 10375 Centurion Pkwy N, Ste 420, Jacksonville, FL 32256
> T (904) 224-4485  M (904) 704-2909  F (904) 485-8083
>
> **bio | vCard | mcglinchey.com**
>
> **Our Jacksonville office has relocated, effective Tuesday, April 1, 2025. Please note our new address.**
>
> Alabama  California  Florida  Louisiana  Massachusetts  Mississippi  New York
> Ohio  Rhode Island  Tennessee  Texas  Washington  Washington, DC
>
>  

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Monday, June 2, 2025 8:00 AM
**To:** Israel, Kim <kisrael@mcglinchey.com>
**Subject:** Re: Service - Robyn Ramaghi

Hello,

Circling back on this.

Best,

On Wed, May 28, 2025 at 3:48 PM JOSHUA FEYGIN <josh@sueyourdealer.com> wrote:

Please see below link.

https://www.uscourts.gov/sites/default/files/ao399.pdf

On Tue, Apr 22, 2025 at 6:27 PM Israel, Kim <kisrael@mcglinchey.com> wrote:

Please send me the form of Waiver and Acceptance of Service that you'd propose to use here so I can review/discuss with Mrs. Ramaghi.

Thanks,
Kim

**Kimberly "Kim" Held**
**Israel** (she/her/hers)
Attorney at Law

kisrael@mcglinchey.com
10375 Centurion Pkwy N, Ste 420, Jacksonville, FL 32256
T (904) 224-4485  M (904) 704-2909  F (904) 485-8083

**bio | vCard | mcglinchey.com**

Our Jacksonville office has relocated, effective Tuesday, April 1, 2025. Please note our new address.

Alabama  California  Florida  Louisiana  Massachusetts  Mississippi  New York
Ohio  Rhode Island  Tennessee  Texas  Washington  Washington, DC

 

**From:** JOSHUA FEYGIN <josh@sueyourdealer.com>
**Sent:** Tuesday, April 22, 2025 10:52 AM
**To:** Israel, Kim <kisrael@mcglinchey.com>
**Subject:** Service - Robyn Ramaghi

Good morning:

Despite my process server's best efforts to serve Mrs. Ramaghi, she has been successfully evading my server. At last contact, Mrs. Ramaghi advised that you would accept service on her behalf. Please confirm that you will accept service on her behalf and I'll redirect my process server to your office.

Regards,

[Quoted text hidden]

**Robinson v National Automotive - 6.4.2025 Waiver of Service Form (Robin Ramaghi).pdf**
80K