UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ISIAH ROBINSON, and, LISA CLAYTON ROBINSON, Each an Individual,

    Plaintiffs,

vs.

NATIONAL AUTOMOTIVE, INC., a Florida corporation, and ROBIN RAMAGHI, an individual,

    Defendants.

Case No. 3:24-cv-00948

### DEFENDANT ROBIN RAMAGHI'S SUPPLEMENT TO MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND DEMAND FOR ATTORNEY'S FEES AND COSTS

COMES NOW Defendant, ROBIN RAMAGHI ("RAMAGHI"), by and through her undersigned counsel, and pursuant to Local Rule 3.01(g)(3) supplements her Motion to Dismiss Plaintiffs' Verified Amended Complaint for Damages and Incidental Relief and Demand for Attorney's Fees and Costs (D.E. 46), filed on August 4, 2025, and states:

**Local Rule 3.01(g) Certification**: Pursuant to Local Rule 3.01(g), counsel certifies that she spoke by telephone with Plaintiffs' counsel on August 5, 2025, and Plaintiffs oppose the relief sought in the Motion.

Respectfully submitted,

**McGLINCHEY STAFFORD**

*/s/ Kimberly Held Israel*
Kimberly Held Israel, Esq.
Florida Bar # 47287
10375 Centurion Parkway N., Suite 420
Jacksonville, FL 32256
(904) 224-4449 (Telephone)

(904) 485-8083 (Facsimile)
Primary E-mail: kisrael@mcglinchey.com
Secondary E-mails:
jeldemire@mcglinchey.com
cgipson@mcglinchey.com
**Counsel for Defendant, ROBIN RAMAGHI, and Defendant/Counter-Plaintiff, NATIONAL AUTOMOTIVE, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served, via the Court's e-Portal, this **5th** day of **August, 2025**, to: **Josh Feygin, Esq.**, josh@sueyourdealer.com, and **Michael Citron, Esq.**, michael@maclegalpa.com, *Counsel for Plaintiffs.*

/s/ Kimberly Held Israel
ATTORNEY

- 2 -