UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:24-cv-00948

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an Individual,

    Plaintiffs,
vs.

NATIONAL AUTOMOTIVE, INC.,
a Florida Corporation,
and ROBIN RAMAGHAI, an
individual

    Defendant.
_____/

NATIONAL AUTOMOTIVE,
INC., a Florida Corporation,

    Defendant/Counter-Plaintiff,

v.

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an Individual.

    Plaintiffs/Counter-Defendants.
_____/

**PLAINTIFFS' MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs/Counter-Defendants, ISIAH ROBINSON and LISA ROBINSON, respectfully requests a FOURTEEN (14) day extension of time to file a response to Defendant, ROBIN RAMAGHAI, Motion to Dismiss Plaintiffs' Amended Complaint and

Page **1** of **3**

Demand for Attorney's Fees and Costs [DE. 46], through September 08, 2025. In support thereof, Plaintiff states the following:

1. On August 4, 2025, Defendant ROBIN RAMAGHI, filed her Motion to Dismiss Plaintiffs' Amended Complaint and Demand for Attorney's Fees and Costs [DE. 46] ("Motion"), making Plaintiffs' response due August 25, 2025.

2. Counsel for Plaintiffs are managing several deadlines and prescheduled commitments in both federal and state court matters, in addition to the pending deadline to respond to the Motion. Moreover, Attorney Citron is presently engaged in trial before the Honorable Michelle Towbin Singer in the matter of *Herman Bailey, et al. v. Citizens Property Insurance Corporation*, Case No. CACE-23-012619, pending in the Seventeenth Judicial Circuit.

3. In order to fully prepare and respond to the Motion, the undersigned requests a reasonable FOURTEEN (14) day extension of time, up to and through September 08, 2025.

4. This motion is made on good faith; no party will be prejudiced and there will be no undue delay by the relief requested.

## Memorandum of Law in Support

As good cause has been demonstrated, including the press of multiple deadlines in other state and federal matters and trial commitments presently occupying Plaintiffs' counsel, Plaintiff respectfully requests an extension of time through September 8, 2025, to respond to Defendant's Motion. This brief enlargement will not prejudice Defendant, will allow Plaintiff adequate opportunity to prepare a fulsome response addressing the issues raised, and will promote the efficient administration of justice. *See* Fed. R. Civ. P.

6(b).

## Certificate of Conference Under Local Rule 3.01(g)

The Parties, through their respective counsel, have conferred regarding this motion on August 18, 2025. Counsel for Defendant ROBIN RAMAGHAI stated she lacks authority to consent to the extension requested.

Dated: August 19, 2025        Respectfully submitted,

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@Sueyourdealer.com
SUE YOUR DEALER – A LAW FIRM
4601 Sheridan St #205,
Hollywood, FL 33021
Tel: (954) 228-5674
Fax: (954) 697-0357
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 19, 2025, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to the following counsel of record:

All parties of record.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685