UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ISIAH ROBINSON and LISA
CLAYTON ROBINSON,

    Plaintiff(s),

vs.                              CASE NO.: 3:24-CV-00948-WWB-PDB

NATIONAL AUTOMOTIVE, INC.
and ROBIN RAMAGHI,

    Defendant(s).
_____/

## MEDIATOR'S REPORT

The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above captioned action. The mediation was held on September 3, 2025, and all required persons were in attendance. The results of the Mediation Conference are as follows:

- ☐ A settlement agreement was signed.
- ☒ No agreement was reached.
- ☐ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.
- ☐ The parties have agreed to continue negotiating with the assistance of the mediator.
- ☐ If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.
- ☐ Other:_____.

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on September 5, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/EFC system which will send a notice of electronic filing to Joshua Feygin, Esq., Esquire, Sue Your Dealer - A Law Firm, LLC, 1930 Harrison St Ste 208 Hollywood, FL 33020-7828; and Kimberly Israel, Esq., Esquire, Mcglinchey, 10407 Centurion Pkwy N Ste 200 Jacksonville, FL 32256-0544.

              Respectfully submitted:

              */s/ Terrance E. Schmidt*
              Terrance E. Schmidt, Esq
              Florida Bar No. 165042
              Office:904.398.1818
              Email: terry@tesmediation.com