United States District Court
Middle District of Florida
Jacksonville Division

**ISIAH ROBINSON &
LISA CLAYTON ROBINSON,**

    *Plaintiffs & Counter-defendants,*

v.

**NATIONAL AUTOMOTIVE, INC.,**            No. 3:24-cv-948-WWB-PDB

    *Defendant & Counter-claimant,*

&

**ROBIN RAMAGHI,**

    *Defendant.*

## Order

On August 28, 2025, the plaintiffs notified the defendants of their intent to serve Ameris Bank a subpoena. Doc. 64 at 8–9. National Automotive, Inc., moves for a protective order or to quash the proposed subpoena. Doc. 64.

The court **denies** the motion, Doc. 64, without prejudice because National Automotive has not complied with Local Rule 3.01(g)(3).

In any event, the plaintiffs are directed to the case management and scheduling order, which establishes an August 29, 2025, deadline for discovery and states, "Each party shall timely serve discovery requests so that the Rules allow for a response prior to the discovery deadline. The Court may deny as untimely all motions to compel filed after the discovery deadline." Doc. 22 at 4.

2

The proposed subpoena is untimely and must not be served absent an extension of the deadline.

**Ordered** in Jacksonville, Florida, on September 15, 2025.

Patricia D. Barksdale
United States Magistrate Judge