# EXHIBIT D

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
(Jacksonville Division)

### CASE NO.: 3:24-cv-00948

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an Individual,

    Plaintiffs/Counter-Defendants,

vs.

NATIONAL AUTOMOTIVE, INC., a
Florida Corporation, and
ROBIN RAMAGHI,
an individual

    Defendants/Counter-Plaintiffs.

_____/

### DECLARATION OF ISIAH ROBINSON

I, Isiah Robinson, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. My name is Isiah Robinson. I am over the age of eighteen and competent to testify to the matters stated herein.

2. On September 8, 2023, I purchased a 2011 Chevrolet Equinox from National Automotive, Inc. for $10,00.00 before incidental fees and costs.

3. Between on or about May 4, 2024 and on or about September 6, 2024, the vehicle sat idle and was not regularly operated due to mechanical defects.

4. During this time, the vehicle's battery lost power.

5. I did not disable, remove, or tamper with the GPS device installed in the vehicle. Nor did I intentionally cause it to be disabled, removed or tampered with.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of September, 2025.

*Isiah Robinson*
ISIAH ROBINSON