# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ISIAH ROBINSON, and LISA CLAYTON
ROBINSON,

CASE NO.: 3:24-cv-00948

    Plaintiffs/Counter-Defendants,

v.

NATIONAL AUTOMOTIVE, INC.,

    Defendant/Counter-Plaintiff.

_____

**DEFENDANT/COUNTER-PLAINTIFF'S RULE 26(a)(1)(A) INITIAL DISCLOSURES**

COMES NOW Defendant/Counter-Plaintiff, NATIONAL AUTOMOTIVE, INC. ("NAI"), by and through its undersigned counsel, and hereby submits its Initial Disclosures pursuant to Rule 26(a)(1)(A), Fed. R. Civ. P., and the Uniform Case Management Report (D.E. 20), as follows:

**PRELIMINARY STATEMENT**

The following disclosures are made based on the information reasonably available to NAI at this stage of the proceedings. By making these disclosures, NAI does not represent that it is identifying every document, tangible thing, or witness possibly relevant or material to this lawsuit.

Moreover, by listing witnesses in accordance with the Uniform Case Management Report (D.E. 20), NAI does not waive – and instead expressly reserves – its right to object to any discovery from any of its disclosed witnesses on matters that are otherwise confidential or protected from disclosure pursuant to attorney-client privilege, the work product doctrine, the confidentiality afforded to mediations, the litigation privilege and/or the provisions and protections of Rule 408, Fed. R. Evid.

Nor does NAI waive its right to object to the production of any document or tangible thing disclosed herein on the basis of any privilege, the work product doctrine, relevancy, undue burden, or any other valid objection.

**i.     The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

(a)     Corporate representative of NAI
c/o Kimberly Held Israel, Esq.
McGlinchey Stafford
10407 Centurion Pkwy. N., Suite 200
Jacksonville, FL 32256
Telephone: 904.224.4449

The subjects of information include, but are not limited to, the allegations in Plaintiff's Complaint, NAI's defenses thereto, and NAI's allegations in its Counterclaim.

(b)     Isiah Robinson
c/o Joshua Feygin, Esq.
Sue Your Dealer, a Law Firm
1930 Harrison Street, Suite 208
Hollywood, FL 33020
Telephone: 954.321.0507

The subjects of information include, but are not limited to, the allegations in Plaintiffs' Complaint, including Plaintiff's alleged damages.

(c)     Lisa Robinson
c/o Joshua Feygin, Esq.
Sue Your Dealer, a Law Firm
1930 Harrison Street, Suite 208
Hollywood, FL 33020
Telephone: 954.321.0507

The subjects of information include, but are not limited to, the allegations in Plaintiff's Complaint, including Plaintiff's alleged damages.

(d)     Chris Caldwell, employee of NAI
c/o Kimberly Held Israel, Esq.
McGlinchey Stafford
10407 Centurion Pkwy. N., Suite 200
Jacksonville, FL 32256
Telephone: 904.224.4449

The subjects of information include, but are not limited to, the allegations in Plaintiff's Complaint and NAI's defense(s) thereto, in particular what transpired during Plaintiffs' in-person visits to NAI's business location.

NAI reserves the right to amend and/or supplement this list as discovery progresses, including but not limited to any persons identified in any deposition, answer to interrogatory, request for production or request for admission, and any expert witness(es) identified by either party, and any and all rebuttal witnesses.

**ii.     A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

(a)   Any and all of the contracts signed by Plaintiffs in relation to the purchase of the subject vehicle;

(b)   Any and all reports related to the GPS system affixed to the subject vehicle, including but not limited to the location(s) of the vehicle by date, the mileage driven by Plaintiffs with the vehicle, and the status of the GPS system;

(c)   Any documents disclosed by Plaintiff.

NAI reserves the right to amend and/or supplement this list as discovery progresses.

**iii.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

NAI's damages stemming from its Counterclaim have not yet been computed, although it includes its entitlement to attorney's fees and costs. With regard to Plaintiffs' underlying claims, NAI also asserts its entitlement to an award of its attorney's fees and costs under the subject contracts, and applicable Florida law and/or federal law.

**iv.    Provide for inspection and copying under Rule 34 any insurance agreement which may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

DATED this 6th day of December, 2024.

Respectfully Submitted,

**McGLINCHEY STAFFORD**

*/s/ Kimberly Held Israel*
Kimberly Held Israel, Esq.
Florida Bar #47287
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
(904) 224-4449 (Telephone)
(904) 485-8083  (Facsimile)
Primary E-mail: kisrael@mcglinchey.com
Secondary E-mail: cgipson@mcglinchey.com
***Attorney for Defendant/Counter-Plaintiff,
NATIONAL AUTOMOTIVE, INC.***

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that a true and correct copy of the foregoing Defendant/Counter-Plaintiff's Rule 26(a)(1)(A) Initial Disclosures has been furnished electronically, via E-mail, this **6th** day of **December, 2024**, to:

**Joshua Feygin, Esq.**
josh@sueyourdealer.com
*Attorney for Plaintiff*

                                                */s/ Kimberly Held Israel*
                                                        Attorney

4