# EXHIBIT G

# Acknowledgement of Purchase of Vehicle Containing Past Due Starter Interrupt and/or Electronic Tracking (GPS) Device as Condition of Sale

Sale/Lease Date: 09/08/2023     Account Number: 4762     Vehicle Stock Number: 284389

**Buyer(s) Information**
ISIAH ROBINSON
20 ZEBULON PL
PALM COAST, FL 32164-
COUNTY FLAGLER
LISA CLAYTON-ROBINSON
20 ZEBULON PL
PALM COAST, FL 32164-

**Seller/Creditor Information**
NATIONAL AUTOMOTIVE, INC.
6600 BLANDING BLVD,
JACKSONVILLE, FL 32244

ORIGINAL   ORIGINAL   ORIGINAL

**Device Disclosure**
The Vehicle being purchased is equipped with a
☐ Payment Guarantee Device - For Starter Interrupt.
☐ GPS Device **AND** Payment Guarantee Device.
☐ GPS Device Only.
as a Condition of Sale.

**Vehicle Information**
Year:  2011
Make:  CHEVROLET
Model: EQUINOX
VIN:   2GNALBEC1B1284389

"I/We" or "me/us" refer to the Buyer and Co-Buyer (if any) listed above.

_IR, LCR_ (Initials of Buyer(s))  I/We understand and agree that the Lien Holder or Holder of the Motor Vehicle Retail Installment Contract (if assigned), may use the GPS Unit to locate the Vehicle. The Starter Interrupt Device may prevent the Vehicle from starting, subject to any Rights I may have to Cure a Default.

_IR, LCR_ (Initials of Buyer(s))  I/We agree not to tamper with the Device and that it remains the Property of the Lien Holder or Holder of the Motor Vehicle Retail Installment Contract (if assigned).

_IR, LCR_ (Initials of Buyer(s))  When the Motor Vehicle Retail Installment Contract has been paid in full, I/We agree to return to the Seller/Creditor for removal of the Device from the Vehicle at no cost to me/us.

_IR, LCR_ (Initials of Buyer(s))  I/We agree that I/we have no right(s) to privacy regarding the use of the GPS device to track the location of the Vehicle, but in the event that a court, arbitrator, dispute resolution organization or state or federal authority should determine that such a right exists, I/we hereby waive such right to the fullest extent possible. I/We understand the GPS unit is being used to secure collection of monies I hereby acknowledge I/we owe and, where allowed, to repossess the Vehicle as allowed.

Buyer: _Isiah Robinson_
By: ISIAH ROBINSON

Co-Buyer: _Lisa Clayton Robinson_
By: LISA CLAYTON-ROBINSON

Witness: _[signature]_
By:

Co-Signer:
By:

Customized by Wayne Reaves Computer Systems, Inc.
GPS_STARTER.PDF (150Z/355) VER: DOT NET 8/1/2017

NAI0005