# EXHIBIT B

*P837549* MV

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

......... Date: 2/11/2015    Time: 2:43pm

Tyree Slade #214
2nd Judicial Circuit

| | |
|---|---|
| ISIAH ROBINSON and LISA CLAYTON ROBINSON, | ) |
| *Plaintiff* | ) |
| v. | ) |
| NATIONAL AUTOMOTIVE, INC., a Florida corporation | ) |
| *Defendant* | ) |

Civil Action No.  3:24-cv-00948-WWB-PDB

CERTIFIED

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

FEB 1 3 REC'D  2c

To:     Florida Highway Safety and Motor Vehicles, Division of Motorist Services,
2900 Apalachee Parkway, Room B231, Neil Kirkman Building, Tallahassee, FL 32399

DMV RECORDS

10:32Am

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all documents related to a 2011 Chevrolet Equinox, VIN: 2GNALBEC1B1284389, including but not limited to contracts, correspondenc, transfers of title, receipts, invoices, all odometer and/or mileage disclosures, Bills of Sale, payments, etc.

| Place: McGlinchey Stafford<br>10407 Centurion Pkwy. N., Suite 200<br>Jacksonville, FL 32256 | Date and Time:<br><br>03/05/2025 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: February 11, 2025

CLERK OF COURT

OR

_____          *Kimberly Held Israel*
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
National Automotive, Inc.                          , who issues or requests this subpoena, are:

Kimberly Held Israel, Esq., 10407 Centurion Pkwy N., Ste. 200, Jax, FL 32256; kisrael@mcglinchey.com, 904-224-4449

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**EXHIBIT**

P-Ex. 27 CR National Auto, 8-15-25

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   3:24-cv-00948-WWB-PDB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

    ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

    ☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

```
MTRFQ004          FLORIDA DEPARTMENT OF HIGHWAY SAFETY         PAGE
COUNTY/AGENCY:  68/31    MOTOR VEHICLE INQUIRY REPORT      RUN DATE: 03/21/2025
                                                          RUN TIME: 164128
```

```
─────────────────────────────── VEHICLE INFO ───────────────────────────────
VEHICLE ID NUM:        ████████████4389
VEHICLE TYPE:    AU        NET WEIGHT: 3786      YEAR MAKE:      2011
ODOMETER MILES:  118245    GVW:                  VEHICLE MAKE:   CHEV
ODOMETER STATUS: N         VEHICLE USE: P        BODY:           UT
ODOMETER TYPE:   M         FUEL TYPE:            INHOUSE MAKE:
ODOMETER DATE:   09/08/2023 MAJOR COLOR: WHI     MINOR COLOR:
```

```
──────────────────────────────── TITLE INFO ────────────────────────────────
TITLE NUMBER:    139878230        PENDING: NO    CANCEL DATE:
ISSUE DATE:      10/11/2023                      CANCEL STATE:   FL
SALVAGE TYPE:                                    EFS STATUS:
TITLE STATUS:    TRANSFER                         ELT STATUS:     E
```

```
──────────────────────────────── BRAND INFO ────────────────────────────────
BRAND CODE:        NO BRANDS ON FILE      JUR:      BRAND DATE:
```

```
──────────────────────────────── OWNER INFO ────────────────────────────────
FEID/DL NUMBER:    ████████
BIRTH DATE/SEX:    03/04/1957  /  M                OWNER NUMBER:   1
OWNER NAME:        ROBINSON, ISIAH                 RES COUNTY:     61
OWNER ADDR:        ████████████████████████
                   ████████████████████████
AND
FEID/DL NUMBER:    ████████
BIRTH DATE/SEX:    07/29/1968  /  F                OWNER NUMBER:   2
OWNER NAME:        CLAYTON-ROBINSON, LISA ANTOINETTE  RES COUNTY:  61
OWNER ADDR:        ████████████████████████

LEGAL OWNERSHIP:
```

```
──────────────────────────── REGISTRATION INFO ─────────────────────────────
LICENSE PLATE:     ████████          DECAL NUMBER:   06936000
PLATE CODE:        RGR               DECAL YEAR:     2026
ISSUE DATE:        03/03/2025        ISSUE DATE:     03/03/2025
ARF CREDIT:        2.80              EXPIRE DATE:    03/04/2026
REG USE:           PR                UNIT NUM/FLEET:
CLASS CODE:        001               LOCATION CODE:
COMMENTS:
```

```
───────────────────────────── REGISTRANT INFO ──────────────────────────────
FEID/DL NUMBER:    ████████
REGIS. DOB/SEX:    03/04/1957  /  M                REGISTRANT NUM: 1
REGISTRANT NAME:   ROBINSON, ISIAH                 RES COUNTY:     61
REGISTRANT ADDR:   ████████████████████

FEID/DL NUMBER:    ████████████████
REGIS. DOB/SEX:    07/29/1968  /  F                REGISTRANT NUM: 2
REGISTRANT NAME:   CLAYTON-ROBINSON, LISA ANTOINETTE  RES COUNTY:  61
REGISTRANT ADDR:   ████████████████████████
```

```
───────────────────────────── LIEN HOLDER INFO ─────────────────────────────
FEID/DL NUMBER:    364766151                       LIEN NUMBER:    1
LIEN DOB/SEX:                                      RES COUNTY:     2
LIEN DATE:         09/08/2023        LIEN          ELT FLAG:       T
                                     RECEIVED:  10/03/2023
LIEN HLDR NAME:    NATIONAL AUTOMOTIVE, INC
LIEN HLDR ADDR:    6600 BLANDING BLVD
                   JACKSONVILLE, FL   32244
```

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

LIC PLT NUM   [REDACTED]            RETR ALL     TRANS CODE DESC RENEW REG REGIS
VEH ID NUM   2GNALBEC1B1284389         . . .    FL/DO/OOS
                                                         #
BIENNIAL                       PREV LP    128RSP     INIT EXEMPT PLT
FLAG                           NUM                                   NUM
EFF. DATE    03/03/2025 EXP. DATE    03/04/2026 INITIAL FEE        PAID
                                                        STATUS
LIC PLATE    RGR           EXP. DATE    09/03/2034   PLATE ISS DATE 03/03/2025
CODE
DECAL YEAR   2026          DECAL NUM 06936000      DECAL ISS DATE 03/03/2025
DECAL TYPE   VDC           PERM. DECALF
CANC. REASON               CANC. DATE                TITLE NUM 139878230
REPLACE RSN            LIC PLT STATUS    I         VES REG NUM
LEGISLATIVE           FLEET                         REG ONLY FLAG
                      NUM /
                      UNIT NUM
REG TYPE     R        REG ONLY REASON                     RENTAL PARK
REG STATUS   A        COUNTY       CITY              MAIL TO      F      . . .
                                                         CUST?
VEH CLASS    001          REG USE PR API               VOIDED
TRUE LICENSE PLATE   [REDACTED]      REGIS NUM[REDACTED]    AMENDED   F
TAX CREDIT STATE              TRANS.ID2092516703      RESTORED
DLR/AGENT LIC NUM             . . .                      PREV ID 192937617
                                                                        7
NON DLR/AGENT NUM                    . . .             MAIL TRANS
EMPLOYEE                             . . .             MORE...
UNSTRUCT. NAME
COMMENT                                          ┌HISTORY DETAIL ───
PLATE EXPLANATION                                │FEES           T
                                                 │TITLE
─CUSTOMER ──────────────────────RELEASE -│BEACON         F
ISIAH ROBINSON                        . . .      │REFUND INFO    F
LISA ANTOINETTE CLAYTON-ROBINSON       . . .     │OVERRIDE       0
                                                 │PRINT
──────────────HOV ─────────────── TEMP LP ISSUE
                                                REASON
  HOV DECAL   HOV EXP.   REPL REASON│ISS RSNISSUE REASON DESC

LIC PLT NUM 128RSP         RETR ALL    TRANS CODE DESC RENEW REG REGIS
VEH ID NUM 2GNALBEC1B1284389        . . .    FL/DO/OOS
                                                         #
BIENNIAL                       PREV LP        INIT EXEMPT PLT
FLAG                           NUM                                   NUM
EFF. DATE    02/27/2024 EXP. DATE    03/04/2025 INITIAL FEE        PAID
                                                        STATUS
LIC PLATE    RGR           EXP. DATE    10/20/2024   PLATE ISS DATE 04/20/2015
CODE
DECAL YEAR   2025          DECAL NUM 06716530      DECAL ISS DATE 02/27/2024
DECAL TYPE   VDC           PERM. DECALF
CANC. REASON               CANC. DATE                TITLE NUM 139878230
REPLACE RSN            LIC PLT STATUS    I         VES REG NUM
LEGISLATIVE           FLEET                         REG ONLY FLAG
                      NUM /
                      UNIT NUM
REG TYPE     R        REG ONLY REASON                RENTAL PARK
REG STATUS   A        COUNTY       CITY              MAIL TO      F      . . .
                                                         CUST?
VEH CLASS    001          REG USE PR API               VOIDED
TRUE LICENSE PLATE   [REDACTED]      REGIS NUM2[REDACTED]   AMENDED   F
TAX CREDIT STATE              TRANS.ID1929376177      RESTORED
DLR/AGENT LIC NUM             . . .                      PREV ID 187147063
                                                                        1
NON DLR/AGENT NUM                    . . .             MAIL TRANS
EMPLOYEE                             . . .             MORE...
UNSTRUCT. NAME
COMMENT                                          ┌HISTORY DETAIL ───
PLATE EXPLANATION                                │FEES           T
                                                 │TITLE
─CUSTOMER ──────────────────────RELEASE -│BEACON         F
ISIAH ROBINSON                        . . .      │REFUND INFO    F
LISA ANTOINETTE CLAYTON-ROBINSON       . . .     │OVERRIDE       0
                                                 │PRINT
──────────────HOV ─────────────── TEMP LP ISSUE
                                                REASON
  HOV DECAL   HOV EXP.   REPL REASON│ISS RSNISSUE REASON DESC

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

```
LIC PLT NUM  ████████      RETR ALL   TRANS CODE DESC TRANSFER REG REGIS
VEH ID NUM  ██████████████84389      ...  FL/ DO/ OOS
                                                #
BIENNIAL     T           PREV LP           INIT EXEMPT PLT
FLAG                     NUM                           NUM
EFF. DATE   09/08/2023 EXP. DATE  03/04/2024 INITIAL FEE      PAID
                                                         STATUS
LIC PLATE    RGR         EXP. DATE  10/20/2024   PLATE ISS DATE 04/20/2015
CODE
DECAL YEAR   2024        DECAL NUM 00641581      DECAL ISS DATE 02/28/2022
DECAL TYPE   VDC         PERM. DECALF
CANC. REASON             CANC. DATE              TITLE NUM 139878230
REPLACE RSN             LIC PLT STATUS    I      VES REG NUM
LEGISLATIVE             FLEET                    REG ONLY FLAG
                        NUM /
                        UNIT NUM
REG TYPE     R           REG ONLY REASON         RENTAL PARK
REG STATUS   A           COUNTY       CITY       MAIL TO    F      ...
                                                    CUST?
VEH CLASS   001          REG USE PR  API          VOIDED
TRUE LICENSE PLATE  ████      REGIS NUM2███████    AMENDED   F
TAX CREDIT STATE           TRANS. ID1871470631    RESTORED
DLR/ AGENT LIC NUM              ...              PREV ID 185812517
                                                                3
NON DLR/ AGENT NUM              ...              MAIL TRANS
EMPLOYEE                        ...              MORE...
UNSTRUCT. NAME
COMMENT                                          ┌HISTORY DETAIL┐
PLATE EXPLANATION                                 FEES          T
                                                  TITLE         T
─CUSTOMER──────────────────────────────RELEASE─ BEACON        F
ISIAH ROBINSON                             ...   REFUND INFO   F
LISA ANTOINETTE CLAYTON- ROBINSON          ...   OVERRIDE      0
                                                 PRINT
              HOV                         TEMP LP ISSUE
                                          REASON
  HOV DECAL   HOV EXP.    REPL REASON|ISS RSN|ISSUE REASON DESC
```

```
LIC PLT NUM 128RSP      RETR ALL   TRANS CODE DESC DEALER TEMPORARY
                                                    TRANSFER
VEH ID NUM  ██████████████4389       ...  FL/ DO/ OOS
                                                #
BIENNIAL     T           PREV LP           INIT EXEMPT PLT
FLAG                     NUM                           NUM
EFF. DATE   09/08/2023 EXP. DATE  03/04/2024 INITIAL FEE      PAID
                                                         STATUS
LIC PLATE    RGR         EXP. DATE  10/20/2024   PLATE ISS DATE 04/20/2015
CODE
DECAL YEAR   2024        DECAL NUM 00641581      DECAL ISS DATE 02/28/2022
DECAL TYPE   VDC         PERM. DECALF
CANC. REASON             CANC. DATE              TITLE NUM 139878230
REPLACE RSN             LIC PLT STATUS    I      VES REG NUM
LEGISLATIVE             FLEET                    REG ONLY FLAG T
                        NUM /
                        UNIT NUM
REG TYPE     R           REG ONLY REASON   DI    RENTAL PARK
REG STATUS   A           COUNTY       CITY       MAIL TO    F      ...
                                                    CUST?
VEH CLASS   013          REG USE TT  API          VOIDED
TRUE LICENSE PLATE  ██████    REGIS NUM26 ███████   AMENDED   F
TAX CREDIT STATE           TRANS. ID1858125173    RESTORED
DLR/ AGENT LIC NUM  VI 10653762    ...           PREV ID 161019061
                                                                5
NON DLR/ AGENT NUM              ...              MAIL TRANS
EMPLOYEE            0239745672     ...           MORE...
UNSTRUCT. NAME
COMMENT                                          ┌HISTORY DETAIL┐
PLATE EXPLANATION                                 FEES          T
                                                  TITLE         T
─CUSTOMER──────────────────────────────RELEASE─ BEACON        F
ISIAH ROBINSON                             ...   REFUND INFO   F
                                                 OVERRIDE      0
                                                 PRINT
              HOV                         TEMP LP ISSUE
                                          REASON
```

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

| HOV DECAL | HOV EXP. | REPL REASON | ISS RSN | ISS RSN | ISS REASON DESC |
|---|---|---|---|---|---|

LIC PLT NUM ████████        RETR ALL    TRANS CODE DESC TRANSFER REG REGIS
VEH ID NUM ████████4389       . . .   FL/ DO/ OOS
                                          #
BI ENNI AL       T           PREV LP   ABEG42    I NI T EXEMPT PLT
FLAG                         NUM                              NUM
EFF. DATE      02/ 22/ 2023 EXP. DATE  06/ 11/ 2024 I NI TI AL FEE       PAI D
                                                              STATUS
LI C PLATE     RGR          EXP. DATE  12/ 08/ 2026  PLATE I SS DATE 06/ 08/ 2017
CODE
DECAL YEAR     2024         DECAL NUM 06239316    DECAL I SS DATE 02/ 22/ 2023
DECAL TYPE     VDC          PERM. DECALF
CANC. REASON                    CANC. DATE                 TI TLE NUM 139878230
REPLACE RSN                 LI C PLT STATUS    I        VES REG NUM
LEGI SLATI VE               FLEET                      REG ONLY FLAG
                            NUM /
                            UNI T NUM

REG TYPE       R            REG ONLY REASON              RENTAL PARK
REG STATUS     A            COUNTY       CI TY          MAI L TO     F    . . .
                                                              CUST?
VEH CLASS      001          REG USE PR  API              VOI DED
TRUE LI CENSE PLATE ████    REGI S NUM ████            AMENDED      F
TAX CREDI T STATE              TRANS. I D1772546241     RESTORED
DLR/ AGENT LI C NUM           . . .                    PREV I D 109640902
                                                                       0
NON DLR/ AGENT NUM            . . .                    MAI L TRANS
EMPLOYEE                      . . .                     MORE. . .
UNSTRUCT.  NAME
COMMENT                                                ┌HI STORY DETAI L┐
PLATE EXPLANATI ON                                     │FEES           T│
                                                       │TI TLE         T│
─CUSTOMER ──────────────────────────RELEASE ─│BEACON      F│
TRAVI S LEE WARD                          . . .        │REFUND I NFO   F│
                                                       │OVERRI DE      0│
                                                       │PRI NT          │
            ─────────HOV                    TEMP LP I SSUE
                                            REASON

| HOV DECAL | HOV EXP. | REPL REASON | ISS RSN | ISS RSN | ISS REASON DESC |
|---|---|---|---|---|---|

LIC PLT NUM ████████        RETR ALL    TRANS CODE DESC RENEW REG REGIS
VEH ID NUM ████████4389       . . .   FL/ DO/ OOS
                                          #
BI ENNI AL                   PREV LP   I 502LE    I NI T EXEMPT PLT
FLAG                         NUM                              NUM
EFF. DATE      03/ 17/ 2022 EXP. DATE  03/ 05/ 2023 I NI TI AL FEE       PAI D
                                                              STATUS
LI C PLATE     RGR          EXP. DATE  03/ 25/ 2030  PLATE I SS DATE 09/ 25/ 2020
CODE
DECAL YEAR     2023         DECAL NUM 07295297    DECAL I SS DATE 03/ 18/ 2022
DECAL TYPE     VDC          PERM. DECALF
CANC. REASON                    CANC. DATE                 TI TLE NUM 139878230
REPLACE RSN                 LI C PLT STATUS    I        VES REG NUM
LEGI SLATI VE               FLEET                      REG ONLY FLAG
                            NUM /
                            UNI T NUM

REG TYPE       R            REG ONLY REASON              RENTAL PARK
REG STATUS     A            COUNTY       CI TY          MAI L TO     F    . . .
                                                              CUST?
VEH CLASS      001          REG USE PR  API    H         VOI DED
TRUE LI CENSE PLATE ████    REGI S NUM ████            AMENDED      F
TAX CREDI T STATE              TRANS. I D1620928319     RESTORED
DLR/ AGENT LI C NUM           . . .                    PREV I D 142200694
                                                                       7
NON DLR/ AGENT NUM            . . .                    MAI L TRANS T
EMPLOYEE                      . . .                     MORE. . .
UNSTRUCT.  NAME
COMMENT                                                ┌HI STORY DETAI L┐
PLATE EXPLANATI ON                                     │FEES           T│
                                                       │TI TLE          │
─CUSTOMER ──────────────────────────RELEASE ─│BEACON      F│
KENNETH EARL REED                         . . .        │REFUND I NFO   F│
                                                       │OVERRI DE      0│
                                                       │PRI NT          │
            ─────────HOV                    TEMP LP I SSUE

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

REASON
HOV DECAL   HOV EXP.    REPL REASON   ISS RSN ISSUE REASON DESC

LIC PLT NUM ███████████ RETR ALL    TRANS CODE DESC RENEW REG REGIS
VEH ID NUM ██████████ 84389    ...  FL/DO/OOS
                                              #
BIENNIAL                  PREV LP   I502LE    INIT EXEMPT PLT
FLAG                      NUM                             NUM
EFF. DATE  03/04/2021 EXP. DATE  03/05/2022 INITIAL FEE       PAID
                                                    STATUS
LIC PLATE   RGR       EXP. DATE  03/25/2030  PLATE ISS DATE 09/25/2020
CODE
DECAL YEAR  2022      DECAL NUM 06139061    DECAL ISS DATE 03/04/2021
DECAL TYPE  VDC      PERM. DECALF
CANC. REASON          CANC. DATE             TITLE NUM 139878230
REPLACE RSN          LIC PLT STATUS   I      VES REG NUM
LEGISLATIVE          FLEET                   REG ONLY FLAG
                     NUM /
                     UNIT NUM
REG TYPE    R        REG ONLY REASON          RENTAL PARK
REG STATUS  A        COUNTY      CITY         MAIL TO     F    ...
                                                    CUST?
VEH CLASS   001      REG USE PR  API          VOIDED
TRUE LICENSE PLATE ████████  REGIS NUM        AMENDED  F
TAX CREDIT STATE          TRANS. ID1422006947  RESTORED
DLR/AGENT LIC NUM          ...                   PREV ID 1171715027

NON DLR/AGENT NUM          ...              MAIL TRANS
EMPLOYEE                   ...              MORE...
UNSTRUCT. NAME
COMMENT                                    ┌HISTORY DETAIL─
PLATE EXPLANATION                          │FEES          T
                                           │TITLE
─CUSTOMER────────────────────RELEASE─┤BEACON
KENNETH EARL REED                  ...      │REFUND INFO   F
                                           │OVERRIDE      0
                                           │PRINT
         HOV                        TEMP LP ISSUE
                                    REASON
  HOV DECAL   HOV EXP.    REPL REASON   ISS RSN ISSUE REASON DESC

LIC PLT NUM ███████████ RETR ALL    TRANS CODE DESC TRANSFER REG REGIS
VEH ID NUM ██████████ 84389    ...  FL/DO/OOS
                                              #
BIENNIAL                  PREV LP   I502LE    INIT EXEMPT PLT
FLAG                      NUM                             NUM
EFF. DATE  07/14/2020 EXP. DATE  03/05/2021 INITIAL FEE       PAID
                                                    STATUS
LIC PLATE   RGR       EXP. DATE  03/25/2030  PLATE ISS DATE 09/25/2020
CODE
DECAL YEAR  2021      DECAL NUM 14280806    DECAL ISS DATE 09/25/2020
DECAL TYPE  VDC      PERM. DECALF
CANC. REASON          CANC. DATE             TITLE NUM 139878230
REPLACE RSN          LIC PLT STATUS   I      VES REG NUM
LEGISLATIVE          FLEET                   REG ONLY FLAG
                     NUM /
                     UNIT NUM
REG TYPE    R        REG ONLY REASON          RENTAL PARK
REG STATUS  A        COUNTY      CITY         MAIL TO     F    ...
                                                    CUST?
VEH CLASS   001      REG USE PR  API          VOIDED
TRUE LICENSE PLATE ████████  REGIS NUM ████████   AMENDED  F
TAX CREDIT STATE          TRANS. ID1171715027  RESTORED
DLR/AGENT LIC NUM          ...                   PREV ID 796553948
NON DLR/AGENT NUM          ...              MAIL TRANS
EMPLOYEE                   ...              MORE...
UNSTRUCT. NAME
COMMENT                                    ┌HISTORY DETAIL─
PLATE EXPLANATION                          │FEES          T
                                           │TITLE         T
─CUSTOMER────────────────────RELEASE─┤BEACON
KENNETH EARL REED                  ...      │REFUND INFO   F
                                           │OVERRIDE      0
                                           │PRINT
         HOV                        TEMP LP ISSUE

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

| HOV DECAL | HOV EXP. | REPL REASON | ISSU ISSUE | REASON | REASON DESC |
|-----------|----------|-------------|------------|--------|-------------|

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

```
TITLE NUM   █████████TRANS.ID  1871466█4319  RETR ALL              PTID1858125171
VEH ID NUM  █████████4389      ...                                 VOIDED          F
ISSUE DATE /         10/11/2023  /                                 AMENDED         F
AUDIT NO.
TITLE STATUS         10/11/2023              ELEC. TITLE     ELECTRONIC TITLE
DATE                                         STATUS
CERT DEST ISS DT                             TITLE STATUS    TRANSFER
CERT REPOSS DATE                             TITLE TYPE      LAND CRAFT
AUTHORIZED                                   LEGAL OWNERSHIP
DESTRUCTION DATE                             REPL. REASON
                                             DESC.
TOW TYPE                                     REPL. REASON
                                             DESC.
TOW DATE                                     CANC. REASON
TITLE CANCEL DATE                            PREV REG STATE
PREV TITLE STATE    FL - FLORIDA             CURR STATE      FL - FLORIDA
PRV TITL ISS DATE   02/22/2023               DUP TTL RSN
SALVAGE TYPE        (NONE)                   TRANSACTION CODE TRT - TRANSFER TITLE
SALES TAX REG NUM   268016313205             TRANSF EQU. FLAG         ┌HISTORY DETAIL─
                    7
SALES TAX EXEMPT                             TOP FLAG                 │ LIEN         T
PROCESSED DATE      10/16/2023               FAST TITLE FLAG          │ BRAND
DEALER LIC NUM      ██████████               DUPL TITLE FLAG          │ FEES         T
NON DLR AGENT NUM                  ...                                │ REGIS.       T
EMPLOYEE                           ...                                │ REFUND INFO  F
NMVTIS PRE          FL /139878230                                     │ IMAGES       T
STATE/NUM
UNSTRUCTURED NAME                                                     │ OTHER LIEN   F
COMMENT                                                              PRINT
MAIL TO CUSTOMER    F   ... E-MAIL     LOCATE
─OWNER NUM ─NAME ─────────────────────────────────────JOINT CODE─DETAILS─
    1      ISIAH ROBINSON                                  AND       ...
    2      LISA ANTOINETTE CLAYTON-ROBINSON                NONE      ...

INSPECTION
DETAILS
INSPECTION STATUS
INSPECTION
DATE
INSPECTION REASON
INSPECTION                                                            ...
CUSTOMER
```

```
TITLE NUM   1██████████TRANS.ID  1858125171  RETR ALL               PTID1772545311
VEH ID NUM  2█████████4389      ...                                 VOIDED          F
ISSUE DATE /         02/22/2023  /                                  AMENDED         F
AUDIT NO.
TITLE STATUS         09/08/2023              ELEC. TITLE     PAPER TITLE
DATE                                         STATUS
CERT DEST ISS DT                             TITLE STATUS    SOLD
CERT REPOSS DATE                             TITLE TYPE      LAND CRAFT
AUTHORIZED                                   LEGAL OWNERSHIP
DESTRUCTION DATE                             REPL. REASON
                                             DESC.
TOW TYPE                                     REPL. REASON
                                             DESC.
TOW DATE                                     CANC. REASON
TITLE CANCEL DATE                            PREV REG STATE
PREV TITLE STATE    FL - FLORIDA             CURR STATE      FL - FLORIDA
PRV TITL ISS DATE   02/21/2023               DUP TTL RSN
SALVAGE TYPE        (NONE)                   TRANSACTION CODE SDT - SOLD TITLE
SALES TAX REG NUM                            TRANSF EQU. FLAG         ┌HISTORY DETAIL─
SALES TAX EXEMPT                             TOP FLAG                 │ LIEN
PROCESSED DATE                               FAST TITLE FLAG          │ BRAND
DEALER LIC NUM      ██████████               DUPL TITLE FLAG          │ FEES         T
NON DLR AGENT NUM                  ...                                │ REGIS.       T
EMPLOYEE            0239745672     ...                                │ REFUND INFO  F
NMVTIS PRE          FL /██████████                                   │ IMAGES       F
STATE/NUM
UNSTRUCTURED NAME                                                     │ OTHER LIEN   F
COMMENT                                                              PRINT
MAIL TO CUSTOMER    F   ... E-MAIL     LOCATE
─OWNER NUM ─NAME ─────────────────────────────────────JOINT CODE─DETAILS─
    1      TRAVIS LEE WARD                                 NONE      ...

INSPECTION
DETAILS
INSPECTION STATUS
INSPECTION
DATE
```

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

INSPECTION REASON
INSPECTION
CUSTOMER

---

| TITLE NUM | ▉▉▉▉▉ TRANS.ID 1772545311 RETR ALL | | PTID1771768135 |
| VEH ID NUM | ▉▉▉▉▉ 284389 ... | | VOIDED | F |
| ISSUE DATE / | 02/22/2023 / | | AMENDED | F |
| AUDIT NO. | | | |

| TITLE STATUS | 02/22/2023 | ELEC. TITLE | PAPER TITLE |
| DATE | | STATUS | |
| CERT DEST ISS DT | | TITLE STATUS | TRANSFER |
| CERT REPOSS DATE | | TITLE TYPE | LAND CRAFT |
| AUTHORIZED | | LEGAL OWNERSHIP | |
| DESTRUCTION DATE | | REPL. REASON | |
| | | DESC. | |
| TOW TYPE | | REPL. REASON | |
| | | DESC. | |
| TOW DATE | | CANC. REASON | |
| TITLE CANCEL DATE | | PREV REG STATE | |
| PREV TITLE STATE | FL - FLORIDA | CURR STATE | FL - FLORIDA |
| PRV TITL ISS DATE | 02/21/2023 | DUP TTL RSN | |
| SALVAGE TYPE | (NONE) | TRANSACTION CODE | TRT - TRANSFER TITLE |
| SALES TAX REG NUM | | TRANSF EQU. FLAG | ┌─HISTORY DETAIL─ |
| SALES TAX EXEMPT | | TOP FLAG | LIEN |
| PROCESSED DATE | 02/27/2023 | FAST TITLE FLAG | BRAND |
| DEALER LIC NUM | | DUPL TITLE FLAG | FEES       T |
| NON DLR AGENT NUM | ... | | REGIS.     T |
| EMPLOYEE | ... | | REFUND INFO F |
| NMVTIS PRE | FL / 1▉▉▉▉▉ | | IMAGES     T |
| STATE/NUM | | | |

| UNSTRUCTURED NAME | | | OTHER LIEN  F▉ |
| COMMENT | | | PRINT |
| MAIL TO CUSTOMER | F  ... E-MAIL | LOCATE | |

| OWNER NUM ─NAME | | ─JOINT CODE─DETAILS─ |
| 1 | TRAVIS LEE WARD | NONE   ... |

---

INSPECTION
DETAILS
INSPECTION STATUS
INSPECTION
DATE
INSPECTION REASON
INSPECTION                                                    ...
CUSTOMER

---

| TITLE NUM | ▉▉▉▉▉TRANS.ID 1771768135 RETR ALL | | PTID1171714628 |
| VEH ID NUM | ▉▉84389 ... | | VOIDED | F |
| ISSUE DATE / | 02/21/2023 / 160246944 | | AMENDED | F |
| AUDIT NO. | | | |

| TITLE STATUS | 02/21/2023 | ELEC. TITLE | PAPER TITLE |
| DATE | | STATUS | |
| CERT DEST ISS DT | | TITLE STATUS | TRANSFER |
| CERT REPOSS DATE | | TITLE TYPE | LAND CRAFT |
| AUTHORIZED | | LEGAL OWNERSHIP | |
| DESTRUCTION DATE | | REPL. REASON | |
| | | DESC. | |
| TOW TYPE | | REPL. REASON | |
| | | DESC. | |
| TOW DATE | | CANC. REASON | |
| TITLE CANCEL DATE | | PREV REG STATE | |
| PREV TITLE STATE | FL - FLORIDA | CURR STATE | FL - FLORIDA |
| PRV TITL ISS DATE | 09/25/2020 | DUP TTL RSN | |
| SALVAGE TYPE | (NONE) | TRANSACTION CODE | TRT - TRANSFER TITLE |
| SALES TAX REG NUM | 286018077624 | TRANSF EQU. FLAG | ┌─HISTORY DETAIL─ |
| | 5 | | |
| SALES TAX EXEMPT | | TOP FLAG | LIEN |
| PROCESSED DATE | 02/21/2023 | FAST TITLE FLAG  T | BRAND |
| DEALER LIC NUM | VI11322731 | DUPL TITLE FLAG | FEES       T |
| NON DLR AGENT NUM | ... | | REGIS. |
| EMPLOYEE | ... | | REFUND INFO F |
| NMVTIS PRE | FL / 139878230 | | IMAGES     T |
| STATE/NUM | | | |

| UNSTRUCTURED NAME | | | OTHER LIEN  F |
| COMMENT | | | PRINT |
| MAIL TO CUSTOMER | F  ... E-MAIL | LOCATE | |

| OWNER NUM ─NAME | | ─JOINT CODE─DETAILS─ |
| 1 | BOLOTINA CO. | NONE   ... |

---

INSPECTION
DETAILS

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

```
INSPECTION STATUS
INSPECTION
DATE
INSPECTION REASON
INSPECTION                                              . . .
CUSTOMER
```

```
TITLE NUM    [REDACTED]     TRANS.ID  1171714628  RETR ALL          PTID
VEH ID NUM   [REDACTED]84389       . . .                            VOIDED           F
ISSUE DATE /          09/25/2020  / 146723610                       AMENDED          F
AUDIT NO.
TITLE STATUS          09/25/2020            ELEC. TITLE      PAPER TITLE
DATE                                        STATUS
CERT DEST ISS DT                            TITLE STATUS     ORIGINAL - USED
CERT REPOSS DATE                            TITLE TYPE       LAND CRAFT
AUTHORIZED                                  LEGAL OWNERSHIP
DESTRUCTION DATE                            REPL. REASON
                                            DESC.
TOW TYPE                                    REPL. REASON
                                            DESC.
TOW DATE                                    CANC. REASON
TITLE CANCEL DATE                           PREV REG STATE
PREV TITLE STATE   NC - NORTH               CURR STATE       FL - FLORIDA
                   CAROLINA
PRV TITL ISS DATE                           DUP TTL RSN
SALVAGE TYPE       (NONE)                   TRANSACTION CODE OUT - ORIG USED TITLE
SALES TAX REG NUM                           TRANSF EQU. FLAG         ┌HISTORY DETAIL┐
SALES TAX EXEMPT                            TOP FLAG                 │LIEN
PROCESSED DATE     09/25/2020               FAST TITLE FLAG  T       │BRAND
DEALER LIC NUM                              DUPL TITLE FLAG          │FEES           T
NON DLR AGENT NUM                . . .                              │REGIS.         T
EMPLOYEE                         . . .                              │REFUND INFO    F
NMVTIS PRE         NC /779062201331947                             │IMAGES         T
STATE/NUM
UNSTRUCTURED NAME                                                   │OTHER LIEN     F
COMMENT                                                            │PRINT
MAIL TO CUSTOMER      F   . . . E-MAIL      LOCATE
─OWNER NUM ─NAME                                    ─JOINT CODE ─DETAILS─
   1         KENNETH EARL REED                       NONE          . . .
```

```
INSPECTION
DETAILS
INSPECTION STATUS
INSPECTION
DATE
INSPECTION REASON
INSPECTION                                              . . .
CUSTOMER
```

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER
101852585

| CNTY# | AGY# | SUB# | RPT# |
|---|---|---|---|
| 48 | I | JLH | 6225 |

AUDIT#

**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

L# 2410633
T# 1871466847
BF 1760715
S# 101852585

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 139878230 | 84389 | 2011 | CHEV | UT | WHI | 3786 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 10 11 23 | TRT | PRIVATE | | | | | | | |

Applicant/Owner's Name & Address
ISIAH ROBINSON AND LISA ANTOINETTE CLAYTON-ROBINSON

| | BIRTHDATE SEX MO. DAY YEAR | RESIDENT Y N ALIEN | CNTY RES# |
|---|---|---|---|
| | M 03 04 57 | X | 61 |

1st OWNER FL/DL# OR F.E.I.D.#

2nd OWNER FL/DL# OR UNIT#

VOLUNTARY CONTRIBUTIONS

| AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| 4.25 | 73.00 | 0.00 | 77.25 |

**Action Requested:** TRANSFER TITLE
RETAINED AS ELECTRONIC TITLE

Brands:

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| FL | 09/08/2023 | | XX | 118,245 MI 09/08/2023 NOT ACTUAL | ☐ |

**LIEN INFORMATION**

| | DATE OF LIEN | RECEIVED DATE | FEID # OR FL / DL AND SEX AND DATE OF BIRTH | DMV ACCOUNT # |
|---|---|---|---|---|
| ELT | 09/08/2023 | 10/03/2023 | 364766151-02 | 235892853 |

NAME OF FIRST LIENHOLDER:
NATIONAL AUTOMOTIVE, INC

ADDRESS
ELECTRONIC LIEN

SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
NATIONAL AUTOMOTIVE INC

ADDRESS
6600 BLANDING BLVD
JACKSONVILLE, FL 32244-3714

DEALER LICENSE NO.
VI10653762

CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**

TRANSFER OF TITLE ☐ PURCHASER HOLDS VALID
IS EXEMPT FROM    EXEMPTION CERTIFICATE
FLORIDA SALES OR ☐ VEHICLE / VESSEL WILL BE
USE TAX FOR THE    USED EXCLUSIVELY FOR RENTAL
REASON (S) CHECKED ☐ OTHER

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS    $

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER    $    0.00
212, FLORIDA STATUTES

☐ SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**

I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.

I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE, IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner

Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06    SCAN CODE    MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER
101852666

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

A00088

**STATE OF FLORIDA** **LIEN SATISFACTION**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ...989 | 2011 | CHEV | UT | | 3786 | 139878230 |

Date of Issue 02/22/2023

Lien Release
Interest in the described vehicle is hereby released
By
Title
Date

Registered Owner:
TRAVIS LEE WARD

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlint.html

Mail To:

TRAVIS LEE WARD

---

**CERTIFICATE OF TITLE**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ...84389 | 2011 | CHEV | UT | | 3786 | 139878230 |

Lien Release
Interest in the described vehicle is hereby released

| Prev. State | Color | Prev Issue Date | Secondary Brand | No Liti Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE 02/21/2023 | |

Title
Date

| Odometer Status or Vessel Manufacturer or CH No | Fuel Material | Prop | Date of Issue |
|---|---|---|---|
| 112990 MILES  02/22/2023 NOT ACTUAL | | | 02/22/2023 |

Registered Owner:
TRAVIS LEE WARD

1st Lienholder

**NONE**

DIVISION OF MOTORIST SERVICES        TALLAHASSEE        FLORIDA        DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch        Control Number  162109843        David M. Kerner
Robert R. Kynoch                                                                    David M. Kerner
Director                                                                                   Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law requires that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: MURRAY FORD        Address: 13447 US HWY 301 S, STARKE, FL 32091
Seller Must Enter Selling Price: P/C        Seller Must Enter Date Sold: 5/19/23
I/We state that this ☐ 5 or ☐ 6 digit odometer now reads 1 1 1 3 7 0 X (no tenth) miles, date read 5/19/23 and I hereby certify that to the best of my knowledge the odometer readings:
☐ 1. reflects ACTUAL MILEAGE.    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:                                              CO-SELLER Must Sign Here:
Print Here: TRAVIS WARD                                        Print Here:
Selling Dealer's License Number:                    Tax No.:                    License Number:                    Tax Collected:
Auction Name:

PURCHASER Must Sign Here: Miranda Wilkinson Bryant        CO-PURCHASER Must Sign Here:
Print Here: Miranda Wilkinson Bryant                          Print Here:

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)        **STATE OF FLORIDA**

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER
101852066

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway  •  Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____ , _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____  Purchaser's DL/ID _____
                      First                    MI                    Last

Address _____ / _____  Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____  Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

Selling Dealer's License No: VF1024927  Selling Dealer Name: MURRAY FORD  Tax Collected: 25

Selling Dealer's Address: 13447 US HWY 301 S. STARKE, FL 32091  Date Sold: 9-1-23

Purchaser's Name(s): National Automotive Inc. 6600 Blanding Blvd Jax Fe 32244

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS [ ] (NO TENTHS) MILES, DATE READ 9.1.23, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
[ ] 1. REFLECTS ACTUAL MILEAGE.
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
[ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____  Co-Purchaser Must Sign Here: _____

Print Here: _____  Print Here: _____

Seller/Agent Must Sign Here: Miranda Wilkinson  Auction Name (When Applicable): _____

Print Here: Miranda Wilkinson  Auction License Number: _____

Selling Dealer's License No: V1000587162  Selling Dealer Name: National Automotive  Tax No: 21680163182057  Tax Collected: 723.44

Selling Dealer's Address: 6600 Blanding Blvd Jax Fe 322444  Date Sold: 9-8-23

Purchaser's Name(s): Isiah + Lisa Robinson  Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS [ ] (NO TENTHS) MILES, DATE READ 9.1.23, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
[ ] 1. REFLECTS ACTUAL MILEAGE.
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
[✓] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: Isaiah Robinson  Co-Purchaser Must Sign Here: _____

Print Here: Isiah Robinson  Print Here: Lisa Robinson

Seller/Agent Must Sign Here: Miranda gm  Auction Name (When Applicable): _____

Print Here: _____  Auction License Number: _____

Selling Dealer's License No: _____  Selling Dealer Name: _____  Tax No: _____  Tax Collected: _____

Selling Dealer's Address: _____  Date Sold: _____

Purchaser's Name(s): _____  Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS [ ] (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
[ ] 1. REFLECTS ACTUAL MILEAGE.
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
[ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____  Co-Purchaser Must Sign Here: _____

Print Here: _____  Print Here: _____

Seller/Agent Must Sign Here: _____  Auction Name (When Applicable): _____

Print Here: _____  Auction License Number: _____

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER
101852966



## FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
### APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE
**Please submit this form to your local tax collector office or license plate agency.**
https://www.flhsmv.gov/locations/
Note: All fields are required unless otherwise stated or not applicable.

Application Type: ☐ Original ☐ Transfer    Request to print Certificate of Title: ☐ No ☐ Yes: In office ☐ Yes: Mailed
Off-Highway Vehicle Type: ☐ All-Terrain Vehicle (ATV)    ☐ Recreational Off-Highway Vehicle (ROV)    ☐ Off-Highway Motorcycle (OHM)

### Section 1: OWNER/APPLICANT INFORMATION

| Customer Number | Fleet Number | Unit Number | Owner's County of Residence |
|---|---|---|---|
| 4762 | | 284389 | FLAGLER |

| Owner Details: | Are you a Florida Resident? ☒ YES ☐ NO | Are you a US Citizen? ☐ YES ☐ NO | Are you deaf or hard of hearing? (Voluntary) ☐ YES ☐ NO |
|---|---|---|---|

When joint ownership, please indicate if "or" or "and" is to be shown on title when issued.    Select, if applicable:    ☐ Life Estate/Remainder Person
☐ OR    ☒ AND    (If neither box is checked, the title will be issued with "and.")    ☐ Tenancy by the Entirety    ☐ With Rights of Survivorship

| Owner's Name as It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Phone Number (Voluntary) | Owner's Email (Voluntary) | Sex | Date of Birth |
|---|---|---|---|---|
| ISIAH ROBINSON | | | | 03/04/1957 |

| FL DL/ID or FEID/Suffix Number | Owner's Mailing Address | City | State | Zip Code |
|---|---|---|---|---|
| ████████ | | ████ | FL | 32164- |

| Owner's Residential Street Address | | City | State | Zip Code |
|---|---|---|---|---|
| ████ | | ████ | FL | 32164- |

| Mail To Customer Name (if different from owner) | Mail To's Phone Number (Voluntary) | Mail To's Email (Voluntary) | Sex | Date of Birth |
|---|---|---|---|---|
| | | | | |

| FL DL/ID or FEID/Suffix Number | Mail To's Address (if different from above mailing address) | City | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| Co-Owner Details: | Are you a Florida Resident? ☒ YES ☐ NO | Are you a US Citizen? ☐ YES ☐ NO | Are you deaf or hard of hearing? (Voluntary) ☐ YES ☐ NO |
|---|---|---|---|

| ☒ Co-Owner or ☐ Lessee's Name as It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner's Phone Number | Co-Owner's Email (Voluntary) | Sex | Date of Birth |
|---|---|---|---|---|
| LISA CLAYTON ROBINSON | (386) 264-3106 | | | 07/29/1968 |

| FL DL/ID or FEID/Suffix Number | Co-Owner's/Lessee's Mailing Address | City | State | Zip Code |
|---|---|---|---|---|
| ████████ | | ████ | FL | N/A |

| Co-Owner's/Lessee's Residential Street Address | | City | State | Zip Code |
|---|---|---|---|---|
| 20 ZEBULON PL | | ████ | FL | 32164- |

### Section 2: MOTOR VEHICLE DESCRIPTION

| Vehicle Identification Number (VIN) | Florida Title Number | License Plate Number | Previous State of Issue |
|---|---|---|---|
| ████████84389 | | | |

| Make/Manufacturer | Model | Year | Body | Color | Weight | GVW | BHP/CC |
|---|---|---|---|---|---|---|---|
| CHEVROLET | EQUINOX | 2011 | 4D S | | | 4960 | |

| Van Use (if applicable) | Fuel Type |
|---|---|
| ☐ Passenger ☐ Other | ☐ Natural Gas (Liquid) ☐ Natural Gas (Compressed) ☐ Hybrid (Gas/Electric) ☐ Hybrid (Diesel/Electric) ☐ Electric |

### Section 3: BRANDS, USAGE AND TYPE (Check applicable types)

☐ Assembled from Parts ☐ Autonomous ☐ Bonded Title ☐ Custom ☐ Electric ☐ Flood ☐ Glider Kit ☐ ILEV ☐ Kit Car
☐ Long Term Lease ☐ Manuf. Buy Back ☐ Police Veh. ☐ Private Use ☐ Rebuilt ☐ Replica ☐ Short Term Lease ☐ Street Rod ☐ Taxicab

### Section 4: LIENHOLDER INFORMATION (if applicable)

| ELT Customer ☐ YES ☒ NO | ☐ FEID/Suffix # ☐ DMV Account # ☐ DL/ID #, Sex and DOB 36-4766261 | Lienholder's Phone Number (Voluntary) | Lienholder's Email (Voluntary) N/A |
|---|---|---|---|

| Date of Lien | Lienholder's Mailing Address | City | State | Zip Code |
|---|---|---|---|---|
| 9/8/2023 | 6600 Blanding Blvd | Jax | FL | 322\_\_ |

Lienholder's Name (if box is not checked, title will be mailed to the first lienholder.)    ☐ Check this box if you, lienholder representative, authorize the Department to send
NATIONAL AUTOMOTIVE, INC DBA NATIONAL AUTOMOTIVE, INC    the motor vehicle title to the owner and sign here: _____

### Section 5: TRANSFER TYPE (if applicable)

| If ownership has transferred, how and when was the motor vehicle acquired? ☐ Inheritance | Date Acquired: |
|---|---|
| ☒ Sale (Price: $ _____ ) ☐ Gift ☐ Repossession ☐ Court Order ☐ Other (Specify): _____ | 9 / 8 / 2023 |

### Section 6: ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

| I/we state that this ☐5 or ☐6-digit odometer now reads    118245    .xx miles. | Date Read: 9/6/2023 |
|---|---|
| (No tenths) | |

I/we hereby certify that to the best of my/our knowledge the odometer reading:
☒ 1. REFLECTS ACTUAL MILEAGE.    ☐ 2. IS NOT THE ACTUAL MILEAGE.    ☐ 3. IS IN EXCESS OF ITS MECHANICAL LIMITS.

HSMV 82040 MV – Rev. 07/23    https://www.flhsmv.gov    RULE 15C-21.001, FAC
FL_TITLEAPP_MOTORVEHICLE82040.PDF (56/U125) VER: DOTNET 06/27/2023

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE**

**Section 7: DEALER SALES TAX REPORT AND MOTOR VEHICLE TRADE IN INFORMATION** *(if applicable)*

| Florida Sales Tax Registration Number | Dealer License Number | Date of Sale | Amount of Tax | Dealer/Agent Signature |
|---|---|---|---|---|
| 26-8016313205-7 | VI-1065378-2 | 09/08/2023 | 723.44 | |

| Year of Trade In | Make of Trade In | Title Number of Trade In *(if known)* | Vehicle Identification Number (VIN) of Trade In |
|---|---|---|---|
| | | | |

**Section 8: MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION**
This section requires a physical inspection and a verification of the vehicle identification number (VIN) (or the motor number for motor vehicles manufactured prior to 1956) of the motor vehicle described on this form by a licensed Florida dealer, Florida notary public, law enforcement officer, or authorized FLHSMV, tax collector (TC) or license plate agency (LPA) employee. Complete this section on all used motor vehicles, including trailer (with abbreviation of "TL" and a weight of 2,000lbs or more), not currently titled in Florida.
I, the undersigned, certify that I have physically inspected the above-described vehicle:

| Vehicle Identification Number (VIN) | Name Certifying Inspector | Certifying Inspector Signature | Date |
|---|---|---|---|
| | | | |

Select which option best represents the certifying inspector:
☐ Law Enforcement   Agency Name: _____   Badge Number: _____   ☐ Florida Notary Public *(Stamp or Seal)*
☐ Florida Dealer   Dealer Name: _____   Dealer Number: _____
☐ FLHSMV   Office Name: _____   User ID/Badge: _____
☐ Tax Collector or   Agency Name: _____   County/Agency: _____
   License Plate Agency                                        Signature: _____

**Section 9: SALES TAX EXEMPTION CERTIFICATION** *(if applicable)*
The purchase of a recreational vehicle to be offered for rent as living accommodations does not qualify for exemption. I certify the motor vehicle described has been purchased and is exempt from the sales tax imposed by Chapter 212, Florida Statutes, by:
☐ Purchaser *(state agencies, counties, etc.)* holds valid exemption certificate   ☐ Vehicle will be used exclusively for rental.
Consumer's Certificate of Exemption Number: _____   Sales Tax Registration Number: _____
I hereby certify that ownership of the motor vehicle described on this application, is not subject to Florida Sales and Use Tax for the following reason:
☐ Inheritance   ☐ Gift   ☐ Divorce Decree   ☐ Transfer between a married couple   ☐ Other: _____
☐ Even trade or trade down _____
_____ *(State the facts of the even trade or trade down and the transferor information, including the transferor's name and address)*

**Section 10: REPOSSESSION DECLARATION**
☐ I certify that this motor vehicle was repossessed upon default in the terms of the lien instrument and is now in my possession.

**Section 11: NON-USE AND OTHER CERTIFICATIONS**
If checked, the following certifications are made by the applicant:
☐ I certify that the certificate of title is lost or destroyed.
☐ The vehicle identified will not be operated on the streets and highways of this state until properly registered.
☐ Other: *(explain)* _____

**Section 12: APPLICATION ATTESTMENT AND SIGNATURES**
I/We physically inspected the VIN. (More than one form HSMV 82040 may be used for additional signatures.)
Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

| Full Name of Applicant, Owner | Signature of Applicant, Owner | Date |
|---|---|---|
| ISIAH ROBINSON | *Isiah Robinson* | |
| Full Name of Applicant, Co-Owner | Signature of Applicant, Co-Owner | Date |
| LISA CLAYTON-ROBINSON | *Lisa Clayton Laurr* | 9/8/2023 |

**Section 13: RELEASE OF SPOUSE OR HEIRS INTEREST** *(if applicable)*
The undersigned person(s) state(s) that _____ died on _____
   *(Name of deceased)*                                      *(Date)*
☐ Testate (with a will)   ☐ Intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.
Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.
*(More than one form HSMV 82040 may be used for additional signatures.)*

| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
|---|---|---|
| | | |
| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
| | | |

That at the time of death the decedent was owner of the motor vehicle described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle to:

| Full Name of Applicant | Signature of Applicant | Date |
|---|---|---|
| | | |
| Full Name of Applicant | Signature of Applicant | Date |
| | | |

HSMV 82040 MV – Rev. 07/23     https://www.flhsmv.gov     RULE 15C-21.001, FAC
FL_TITLEAPP_MOTORVEHICLE82040.PDF (85U/125) VER: DOTNET 08/27/2023

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
**POWER OF ATTORNEY FOR A MOTOR VEHICLE, MOBILE HOME, VESSEL or VESSEL with TRAILER**

**Please submit this form to your local tax collector office or license plate agent.**
http://www.flhsmv.gov/locations/

As of today, _9/5/23_ , I/we hereby name and appoint, **ROBERT KARR** - 3rd party_____,
(Full Legibly Printed Name is Required)
to be my/our lawful attorney-in-fact to act for me/us, in applying for an original or duplicate certificate of
title, to register, transfer title, or record a lien to the motor vehicle, mobile home, vessel, or vessel with a
trailer described below, and to print my/our name and sign their name, in my/our behalf.  My attorney-in-
fact can also do all things necessary to the application or any other related instrument and to bind me/us
in as sufficient a manner as I/we or myself/ourselves could do, were I/we personally present and signing
the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said
attorney-in-fact may lawfully do or cause to be done in the virtue hereof.

Please check only one of the following options:

☑ Motor Vehicle   ☐ Mobile Home   ☐ Vessel   ☐ Vessel with an Untitled Trailer   ☐ Vessel with a Titled Trailer
                                                  (Trailers less than 2,000 pounds)    (Trailers 2,000 pounds or more)

| Year | Make/Manufacturer | Body Type | Title Number | Vehicle Identification Number (VIN)/ Hull Identification Number (HIN) |
|------|-------------------|-----------|--------------|-------------------------------------------------------------------------|
| 2011 | Chev | | 139878230 | ▆▆▆▆▆▆▆▆4389 |
| | | | | |

**NOTICE TO OWNER(S):  Please complete this form in its entirety prior to signing.**

**Under penalties of perjury, I/we declare that I/we have read the foregoing document and that the
facts stated in it are true.**

| Legibly Printed Name of Owner ("Grantor") | Signature of Owner ("Grantor") | |
|---|---|---|
| Isiah Robinson | *Isiah Robinson* | |
| Driver License, Identification Card or FEID Number of Owner ▆▆▆▆▆ | | Date of Birth of Owner, if applicable 3-4-57 |
| Owner's Address ▆▆▆▆▆ | City Palm Coast | State FL | Zip Code 32164 |
| Legibly Printed Name of Co-Owner ("Grantor"), if applicable | Signature of Co-Owner ("Grantor") | |
| Lisa Robinson | *Rose Olivia Robinson* | |
| Driver License, Identification Card or FEID Number of Co-Owner ▆▆▆▆▆ | | Date of Birth of Co-Owner, if applicable 7-29-68 |
| Co-Owner's Address ▆▆▆▆▆ | City Palm Coast | State FL | Zip Code 32164 |

This non-secure power of attorney form may be used when an individual or entity appointed as the attorney-in-
fact will be completing the odometer disclosure statement as the buyer only or the seller only.  However, this
form cannot be used to allow an individual or entity (such as a dealership) to sign as both buyer and seller for
the purpose of disclosing the odometer reading.  This may be accomplished only with the secure power of
attorney (HSMV 82995) when:

    (a)    the title is physically being held by the lienholder; or
    (b)    the title is lost.

A licensed dealer and his/her employees are considered a single entity. The Owner and/or Co-owner must be the
same for ALL vehicles, mobile homes, vessels, or vessels with a trailer listed above.

HSMV 82053 (Rev. 06/16/22)

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

SCAN TRANSACTION NUMBER
101852585

| CNTY# AGY# SUB# RFT# | | | | | | LT | 2410633 |
|---|---|---|---|---|---|---|---|
| 48 1 JLB 6225 | | | | | | T# | 18714668847 |
| AUDIT # | | | | | | B# | 1760715 |
| | | | | | | S# | 101852585 |

**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 139878230 | 284389 | 2011 | CHEV | UT | WHI | 3786 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 10 11 23 | TRT | PRIVATE | | | | | | | |

Applicant/Owner's Name & Address
ISIAH ROBINSON AND LISA ANTOINETTE CLAYTON-ROBINSON

| | BIRTHDATE | RESIDENT | CNTY |
|---|---|---|---|
| SEX MO. DAY YEAR | Y N | ALIEN | RES# |
| M 03 04 57 | X | | 61 |

1st OWNER FLDL# OR F.E.I.D.#          2nd OWNER FLDL# OR UNIT #

VOLUNTARY CONTRIBUTIONS

| | AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|---|
| | 4.25 | 73.00 | 0.00 | 77.25 |

Action Requested: TRANSFER TITLE          Brands:
RETAINED AS ELECTRONIC TITLE

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| FL | 09/08/2023 | | XX | 118,245 MI 09/08/2023 NOT ACTUAL | ☐ |

**LIEN INFORMATION**

| | | DATE OF LIEN | RECEIVED DATE | FEID # OR FL / DL AND SEX AND DATE OF BIRTH | DMV ACCOUNT # |
|---|---|---|---|---|---|
| | ELT | 09/08/2023 | 10/03/2023 | 364766151-02 | 235892853 |

NAME OF FIRST LIENHOLDER:
NATIONAL AUTOMOTIVE, INC
ADDRESS
ELECTRONIC LIEN

SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
NATIONAL AUTOMOTIVE INC
ADDRESS
6600 BLANDING BLVD
JACKSONVILLE, FL 32244-3714
DEALER LICENSE NO.
VI10653762

CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**

| | INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS | $ |
|---|---|---|
| TRANSFER OF TITLE ☐ PURCHASER HOLDS VALID | | |
| IS EXEMPT FROM          EXEMPTION CERTIFICATE | INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER | $ 0.00 |
| FLORIDA SALES OR ☐ VEHICLE / VESSEL WILL BE | 212, FLORIDA STATUTES | |
| USE TAX FOR THE          USED EXCLUSIVELY FOR RENTAL | | |
| REASON(S) CHECKED ☐ OTHER | ☐ SELLING PRICE VERIFIED | |

**APPLICANT CERTIFICATION**
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.
I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE, IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INCLUDING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner          Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/08          SCAN CODE          MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER
101852505

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

A00088

| Identification Number | Year | Make | Body | WT-L-5HP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4389 | 2011 | CHEV | UT | 3786 | | 139878230 |

Registered Owner:                                Date of Issue 02/22/2023

TRAVIS LEE WARD

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
http://www.flhsmv.gov/html/titlinf.html

Mail To:

TRAVIS LEE WARD

STATE OF FLORIDA                    LIEN SATISFACTION

---

## CERTIFICATE OF TITLE

| 4389 | 2011 | CHEV | UT | | 3786 | | 139878230 |
|---|---|---|---|---|---|---|---|

| State | Color | | | Secondary brand | | Use | Prev Issue Date |
|---|---|---|---|---|---|---|---|
| FL | WHI | | | | | PRIVATE | 02/22/2023 |

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

| Odometer Status or Vessel Manufacturing or OH use | High Material | Date of Issue |
|---|---|---|
| 12990 MILES   02/22/2023 NOT ACTUAL | | 02/22/2023 |

Registered Owner

TRAVIS LEE WARD

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director

Control Number  162109843

David M. Kerner
David M. Kerner
Executive Director

---

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law requires that the seller state the odometer mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of this certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:  MURRAY FORD                Address: 13447 US HWY 301 S. STARKE, FL 32091

Seller Must Enter Selling Price:  $16                   Seller Must Enter Date Sold: 5/19/23

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |1|1|0|,|1|3|4|.|x| (no tenths), date read 5/19/23, and I hereby certify that to the best of my knowledge the odometer reading:
[ ] 1. reflects ACTUAL MILEAGE.   [ ] 2. is in EXCESS OF ITS MECHANICAL LIMITS.   [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must
Sign Here: _____          CO-SELLER Must Sign Here: _____

Print Here: TRAVIS WARD                Print Here: _____

Selling Dealer's License Number: _____   Tax No.: _____   Tax Collected: _____

Auction Name _____          License Number: _____

PURCHASER Must Sign Here: Miranda William Bennett        CO-PURCHASER Must Sign Here: _____

Print Here: Miranda Williams Bennett     Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HGMV 82250 (REV. 3/15)          STATE OF FLORIDA

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building • Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____  Purchaser's DL/ID _____

Address _____  Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____  Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

[Form with handwritten odometer certification sections]

Selling Dealer License No: VF1024927  Selling Dealer Name: MURRAY FORD  Tax Collector: RS  Date Sold: 9-1-23
Selling Dealer's Address: 10447 US HWY 301 S. STARKE, FL 32091
Purchaser's Name: National Automotive Inc 6000 Blanding Blvd Jax Fl 32244
I/WE STATE THAT THIS 5 OR 6 DIGIT ODOMETER NOW READS 91,823 (NO TENTHS) MILES, DATE READ 9-1-23
Purchaser: Print Here:
Selling/Agent: Miranda Wilkinson

Selling Dealer License No: VI0024587162  Selling Dealer Name: National Automotive  Tax No: 21801663132051  Tax Collector: 723.44  Date Sold: 9-5-23
Selling Dealer's Address: 6000 Blanding Blvd Jax Fl 32244
Purchaser's Name: Isiah + Lisa Robinson
I/WE STATE THAT THIS 5 OR 6 DIGIT ODOMETER NOW READS 91,823 (NO TENTHS) MILES, DATE READ 9-1-23
Purchaser: Isiah Robinson
Co-Purchaser: Lisa Robinson
Selling/Agent: Kia Maghni

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.



**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE**
**Please submit this form to your local tax collector office or license plate agency.**
https://www.flhsmv.gov/locations/
Note: All fields are required unless otherwise stated or not applicable.

Application Type: ☐ Original ☐ Transfer    Request to print Certificate of Title: ☐ No ☐ Yes: In office ☐ Yes: Mailed
Off-Highway Vehicle Type: ☐ All-Terrain Vehicle (ATV)    ☐ Recreational Off-Highway Vehicle (ROV)    ☐ Off-Highway Motorcycle (OHM)

**Section 1: OWNER/APPLICANT INFORMATION**

| Customer Number 4762 | Fleet Number | Unit Number 284389 | Owner's County of Residence FLAGLER |
|---|---|---|---|

| Owner Details: | Are you a Florida Resident? ☒ YES ☐ NO | Are you a US Citizen? ☐ YES ☐ NO | Are you deaf or hard of hearing? (Voluntary) ☐ YES ☐ NO |
|---|---|---|---|

When joint ownership, please indicate if "or" or "and" is to be shown on title when issued.    Select, if applicable:    ☐ Life Estate/Remainder Person
☐ OR    ☒ AND    (If neither box is checked, the title will be issued with "and.")    ☐ Tenancy by the Entirety    ☐ With Rights of Survivorship

| Owner's Name as it Appears on Driver License (First, Full Middle/Maiden, & Last Name) ISIAH ROBINSON | Owner's Phone Number (Voluntary) | Owner's Email (Voluntary) | Sex | Date of Birth |
|---|---|---|---|---|

| FL DL/ID or FEID/Suffix Number | Owner's Mailing Address | City | State FL | Zip Code 32164- |
|---|---|---|---|---|

| Owner's Residential Street Address | | City | State FL | Zip Code 32164- |
|---|---|---|---|---|

| Mail To Customer Name (If different from above owner) | Mail To's Phone Number (Voluntary) | Mail To's Email (Voluntary) | Sex | Date of Birth |
|---|---|---|---|---|

| FL DL/ID or FEID/Suffix Number | Mail To's Address (If different from above mailing address) | City | State | Zip Code |
|---|---|---|---|---|

| Co-Owner Details: | Are you a Florida Resident? ☒ YES ☐ NO | Are you a US Citizen? ☐ YES ☐ NO | Are you deaf or hard of hearing? (Voluntary) ☐ YES ☐ NO |
|---|---|---|---|

| ☒ Co-Owner or ☐ Lessee's Name as it Appears on Driver License (First, Full Middle/Maiden, & Last Name) LISA, CLAYTON-ROBINSON | Co-Owner's Phone Number (388) 264-3106 | Co-Owner's Email (Voluntary) | Sex | Date of Birth |
|---|---|---|---|---|

| FL DL/ID or FEID/Suffix Number | Co-Owner's/Lessee's Mailing Address | City PALM COAST | State FL | Zip Code N/A |
|---|---|---|---|---|

| Co-Owner's/Lessee's Residential Street Address | | City PALM COAST | State FL | Zip Code 32164- |
|---|---|---|---|---|

**Section 2: MOTOR VEHICLE DESCRIPTION**

| Vehicle Identification Number (VIN) 84369 | Florida Title Number | License Plate Number | Previous State of Issue |
|---|---|---|---|

| Make/Manufacturer CHEVROLET | Model EQUINOX | Year 2011 | Body 4D S | Color | Weight | GVW 4960 | BHP/CC |
|---|---|---|---|---|---|---|---|

Van Use (If applicable)    ☐ Passenger    ☐ Other
Fuel Type    ☐ Natural Gas (Liquid)    ☐ Natural Gas (Compressed)    ☐ Hybrid (Gas/Electric)    ☐ Hybrid (Diesel/Electric)    ☐ Electric

**Section 3: BRANDS, USAGE AND TYPE:** (Check applicable types)
☐ Assembled from Parts    ☐ Autonomous    ☐ Bonded Title    ☐ Custom    ☐ Electric    ☐ Flood    ☐ Glider Kit    ☐ LEV    ☐ Kit Car
☐ Long Term Lease    ☐ Manuf. Buy Back    ☐ Police Veh.    ☐ Private Use    ☐ Rebuilt    ☐ Replica    ☐ Short Term Lease    ☐ Street Rod    ☐ Taxicab

**Section 4: LIENHOLDER INFORMATION** (If applicable)

| ELT Customer ☐ YES ☒ NO | ☐ FEID/Suffix or ☐ DMV Account # or ☐ DL/ID #, Sex and DOB 36-4766251 | Lienholder's Phone Number (Voluntary) | Lienholder's Email (Voluntary) N/A | | |
|---|---|---|---|---|---|

| Date of Lien 9/8/2023 | Lienholder's Mailing Address 6600 Blanding Blvd | City Jack | | State FL | Zip Code 32244 |
|---|---|---|---|---|---|

Lienholder's Name (If box is not checked, title will be mailed to the first lienholder.)    ☐ Check this box if you, lienholder representative, authorize the Department to send
NATIONAL AUTOMOTIVE,INC DBA NATIONAL AUTOMOTIVE,INC    the motor vehicle title to the owner and sign here:

**Section 5: TRANSFER TYPE** (If applicable)

| If ownership has transferred, how and when was the motor vehicle acquired? ☒ Sale (Price: $_____ ) ☐ Gift ☐ Repossession ☐ Court Order ☐ Other (Specify) _____ | Date Acquired: 9 / 8 / 2023 |
|---|---|

**Section 6: ODOMETER DECLARATION**
WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

| I/we state that this ☐ 5 or ☐ 6 digit odometer now reads **118245** .xx miles. (No tenths) | Date Read: 9/8/2023 |
|---|---|

I/we hereby certify that to the best of my/our knowledge the odometer reading:
☒ 1. REFLECTS ACTUAL MILEAGE.    ☐ 2. IS NOT THE ACTUAL MILEAGE.    ☐ 3. IS IN EXCESS OF ITS MECHANICAL LIMITS.

HSMV 82040 MV – Rev. 07/23    https://www.flhsmv.gov    RULE 15C-21.001, FAC
FL_TITLEAPP_MOTORVEHICLE82040.PDF (50J/125) VER: DOTNET 06/27/2023

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
**APPLICATION FOR CERTIFICATE OF MOTOR VEHICLE TITLE**

**Section 7: DEALER SALES TAX REPORT AND MOTOR VEHICLE TRADE IN INFORMATION** *(if applicable)*

| Florida Sales Tax Registration Number | Dealer License Number | Date of Sale | Amount of Tax | Dealer/Agent Signature |
|---|---|---|---|---|
| 26-8016313205-7 | VI-1055376-2 | 09/08/2023 | 723.44 | |

| Year of Trade In | Make of Trade In | Title Number of Trade In *(if known)* | Vehicle Identification Number (VIN) of Trade In |
|---|---|---|---|
| | | | |

**Section 8: MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION**

This section requires a physical inspection and a verification of the vehicle identification number (VIN) (or the motor number for motor vehicles manufactured prior to 1955) of the motor vehicle described on this form by a licensed Florida dealer, Florida notary public, law enforcement officer, or authorized FLHSMV, tax collector (TC) or license plate agency (LPA) employee. Complete this section on all used motor vehicles, including trailer (with abbreviation of "TL" and a weight of 2,000lbs or more), not currently titled in Florida.

I, the undersigned, certify that I have physically inspected the above-described vehicle:

| Vehicle Identification Number (VIN) | Name Certifying Inspector | Certifying Inspector Signature | Date |
|---|---|---|---|
| | | | |

Select which option best represents the certifying inspector:    ☐ Florida Notary Public *(Stamp or Seal)*

☐ Law Enforcement    Agency Name: _____    Badge Number: _____
☐ Florida Dealer    Dealer Name: _____    Dealer Number: _____
☐ FLHSMV    Office Name: _____    User ID/Badge: _____
☐ Tax Collector or    Agency Name: _____    County/Agency: _____
   License Plate Agency                                                    Signature: _____

**Section 9: SALES TAX EXEMPTION CERTIFICATION** *(if applicable)*

The purchase of a recreational vehicle to be offered for rent as living accommodations does not qualify for exemption. I certify the motor vehicle described has been purchased and is exempt from the sales tax imposed by Chapter 212, Florida Statutes, by:

☐ Purchaser *(state agencies, counties, etc.)* holds valid exemption certificate    ☐ Vehicle will be used exclusively for rental.
Consumer's Certificate of Exemption Number: _____    Sales Tax Registration Number: _____

I hereby certify that ownership of the motor vehicle described on this application, is not subject to Florida Sales and Use Tax for the following reason:

☐ Inheritance    ☐ Gift    ☐ Divorce Decree    ☐ Transfer between a married couple    ☐ Other: _____
☐ Even trade or trade down _____
                        *(State the facts of the even trade or trade down and the transferor information, including the transferor's name and address.)*

**Section 10: REPOSSESSION DECLARATION**

☐ I certify that this motor vehicle was repossessed upon default in the terms of the lien instrument and is now in my possession.

**Section 11: NON-USE AND OTHER CERTIFICATIONS**

If checked, the following certifications are made by the applicant:
☐ I certify that the certificate of title is lost or destroyed.
☐ The vehicle identified will not be operated on the streets and highways of this state until properly registered.
☐ Other: *(explain)* _____

**Section 12: APPLICATION ATTESTMENT AND SIGNATURES**

I/We physically inspected the VIN. (More than one form HSMV 82040 may be used for additional signatures.)
Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

| Full Name of Applicant, Owner | Signature of Applicant, Owner | Date |
|---|---|---|
| ISIAH ROBINSON | *Isiah Robinson* | |
| Full Name of Applicant, Co-Owner | Signature of Applicant, Co-Owner | Date |
| LISA CLAYTON-ROBINSON | *Lisa Clayton Robinson* | 9/8/2023 |

**Section 13: RELEASE OF SPOUSE OR HEIRS INTEREST** *(if applicable)*

The undersigned person(s) state(s) that _____ died on _____
                                        *(Name of deceased)*                        *(Date)*
☐ Testate (with a will)    ☐ Intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.
Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.
(More than one form HSMV 82040 may be used for additional signatures.)

| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
|---|---|---|
| | | |
| Full Name of ☐ Spouse, ☐ Co-Owner or ☐ Heir(s) | Signature of Spouse, Co-Owner or Heir(s) | Date |
| | | |

That at the time of death the decedent was owner of the motor vehicle described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle to:

| Full Name of Applicant | Signature of Applicant | Date |
|---|---|---|
| | | |
| Full Name of Applicant | Signature of Applicant | Date |
| | | |

**HSMV 82040 MV – Rev. 07/23**          https://www.flhsmv.gov          RULE 15C-21.001, FAC

FL_TITLEAPP_MOTORVEHICLE82040.PDF (50U/125) VER: DOTNET 06/27/2023

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
**POWER OF ATTORNEY FOR A MOTOR VEHICLE, MOBILE HOME, VESSEL or VESSEL with TRAILER**

**Please submit this form to your local tax collector office or license plate agent.**
http://www.flhsmv.gov/locations/

As of today, _9 / 5 / 23_, I/we hereby name and appoint, **ROBERT KARR** - 3rd party,
(Full Legibly Printed Name is Required)
to be my/our lawful attorney-in-fact to act for me/us, in applying for an original or duplicate certificate of
title, to register, transfer title, or record a lien to the motor vehicle, mobile home, vessel, or vessel with a
trailer described below, and to print my/our name and sign their name, in my/our behalf.  My attorney-in-
fact can also do all things necessary to the application or any other related instrument and to bind me/us
in as sufficient a manner as I/we or myself/ourselves could do, were I/we personally present and signing
the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said
attorney-in-fact may lawfully do or cause to be done in the virtue hereof.

Please check only one of the following options:

☒ Motor Vehicle    ☐ Mobile Home    ☐ Vessel    ☐ **Vessel with an Untitled Trailer**    ☐ **Vessel with a Titled Trailer**
                                                      _(Trailers less than 2,000 pounds)_        _(Trailers  2,000 pounds or more)_

| Year | Make/Manufacturer | Body Type | Title Number | Vehicle Identification Number (VIN)/ Hull Identification Number (HIN) |
|------|-------------------|-----------|--------------|------------------------------------------------------------------------|
| 2011 | Chev | | 139878230 | ███████4389 |
| | | | | |

**NOTICE TO OWNER(S):** Please complete this form in its entirety prior to signing.

**Under penalties of perjury, I/we declare that I/we have read the foregoing document and that the
facts stated in it are true.**

| | |
|---|---|
| Legibly Printed Name of Owner ("Grantor") ISiah Robinson | Signature of Owner ("Grantor") *Isiah Robinson* |
| Driver License, Identification Card or FEID Number of Owner ████████ | Date of Birth of Owner, if applicable 3-4-57 |
| Owner's Address ████████ | City Palm Coast | State FL | Zip Code 32164 |
| Legibly Printed Name of Co-Owner ("Grantor"), if applicable Lisa Robinson | Signature of Co-Owner ("Grantor") *Lisa Ouiza Robinson* |
| Driver License, Identification Card or FEID Number of Co-Owner ████████ | Date of Birth of Co-Owner, if applicable 7-29-68 |
| Co-Owner's Address ████████ | City Palm Coast | State FL | Zip Code 32164 |

This non-secure power of attorney form may be used when an individual or entity appointed as the attorney-in-
fact will be completing the odometer disclosure statement as the buyer only or the seller only.  However, this
form cannot be used to allow an individual or entity (such as a dealership) to sign as both buyer and seller for
the purpose of disclosing the odometer reading.  This may be accomplished only with the secure power of
attorney (HSMV 82995) when:

    (a)    the title is physically being held by the lienholder; or
    (b)    the title is lost.

A licensed dealer and his/her employees are considered a single entity. The Owner and/or Co-owner must be the
same for ALL vehicles, mobile homes, vessels, or vessels with a trailer listed above.

HSMV 82053 (Rev. 06/16/22)

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER
97215966

ODOMETER CERTIFICATION — Federal and State law requires that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT BY LICENSED DEALER

| Selling Dealer's License No.: 3003076  28-0001R DF2543 | Selling Dealer's Name: | Tax No.: | Tax Collected: |
|---|---|---|---|

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____

Print Here: _____    Print Here: _____

Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____

Print Here: _____    Auction License Number: _____

## SECOND REASSIGNMENT BY LICENSED DEALER

| Selling Dealer's License No.: | Selling Dealer's Name: | Tax No.: | Tax Collected: |
|---|---|---|---|

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____

Print Here: _____    Print Here: _____

Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____

Print Here: _____    Auction License Number: _____

## THIRD REASSIGNMENT BY LICENSED DEALER

| Selling Dealer's License No.: | Selling Dealer's Name: | Tax No.: | Tax Collected: |
|---|---|---|---|

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____

Print Here: _____    Print Here: _____

Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____

Print Here: _____    Auction License Number: _____

As Chief, of the Bureau of Records, Division of Motorist Services, Department of Highway Safety and Motor Vehicles of the State of Florida, I hereby certify that this is a true and correct copy of the motor vehicle or driver license record from the official records on file in the department.

30030726    27    Joelle Deegan

SCAN TRANSACTION NUMBER
97215906

| CNTY# | AGY# | SUB# | RP1# |
|---|---|---|---|
| 63 | 1 | LBJ | 6236 |

AUDIT #

| L# | 467154 |
| T# | 1772545311 |
| B# | 416499 |
| S# | 97215968 |

**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 139878230 | 2GNALBEC1B1284389 | 2011 | CHEV | UT | WHI | 3786 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 02 22 23 | TRT | PRIVATE | | | | | | | |

Applicant/Owner's Name & Address
TRAVIS LEE WARD

| | SEX | BIRTHDATE MO. DAY YEAR | RESIDENT Y  N  ALIEN | CNTY RES.# |
|---|---|---|---|---|
| | M | 06 11 93 | X | 63 |

1st OWNER FL/DL# OR F.E.I.D.#

2nd OWNER FL/DL# OR UNIT #

VOLUNTARY CONTRIBUTIONS

| | AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|---|
| | 4.75 | 73.50 | 105.00 | 183.25 |

Action Requested:  TRANSFER TITLE          Brands:

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| FL | 02/22/2023 | | XX | 112,990 MILES 02/22/2023 NOT ACTUAL | ☐ |

**LIEN INFORMATION**          DATE OF LIEN          RECEIVED DATE          FEID # OR FL / DL AND SEX AND DATE OF BIRTH          DMV ACCOUNT #

NAME OF FIRST LIENHOLDER:

ADDRESS                                        SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER

ADDRESS

DEALER LICENSE NO.                         CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**

TRANSFER OF TITLE ☐  PURCHASER HOLDS VALID
IS EXEMPT FROM       EXEMPTION CERTIFICATE
FLORIDA SALES OR ☐  VEHICLE / VESSEL WILL BE
USE TAX FOR THE       USED EXCLUSIVELY FOR RENTAL
REASON(S) CHECKED ☐  OTHER

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS          $  1,500.00

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER  $  105.00
212, FLORIDA STATUTES

☒  SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**

I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.

I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner          Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06          SCAN CODE          MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1284389 | 2011 | CHEV | UT | 3786 | | 139878230 |

Lien Release
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date | By |
|---|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE | 09/25/2020 | |

Title

| Odometer Status or Vessel Manufacturer or Off use | Engine Drive | Hull Material | Prop | Date of Issue | Date |
|---|---|---|---|---|---|
| 112,581 MILES 02/17/2023 NOT ACTUAL | | | | 02/21/2023 | |

Registered Owner
BOLOTINA CO

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number  160246944

61  /3   160246944

David M. Kerner
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or, providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to

Seller Must Enter Purchaser's Name  Travis Ward     Address: 7397 NW 137th St lake Sutter FL

Seller Must Enter Selling Price  1500     Seller Must Enter Date Sold  2-21-23

I/We state that this ☐ 5 or ☑ 6 digit odometer now reads | 1 | 2 | 9 | 9 | 0 | X (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE     ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS     ☐ 3. is NOT THE ACTUAL MILEAGE

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here _____     CO-SELLER Must Sign Here _____

Print Here  Rustem Gulmakhin     Print Here _____

Selling Dealer's License Number _____   Tax No. _____   Tax Collected _____

Auction Name _____   License Number _____

PURCHASER Must Sign Here _____     CO-PURCHASER Must Sign Here _____

Print Here  Travis Ward     Print Here _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/15)          STATE OF FLORIDA

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |
|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: **3L284389** (Vehicle Identification Number)

2/17/23    DATE/    SIGNATURE    OLENA BOLOTINA    PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name _Bolotina Co_ Badge # or Florida Dealer # _VI/11322 75_ / Notary Stamp or Seal

FL DMV/Tax Collector Employee ___ Florida Compliance Examiner/Inspector Badge or ID Number ___

COMMISSIONED NAME OF FLORIDA NOTARY: ___ (Print, Type or Stamp)    NOTARY'S SIGNATURE ___

| 9 | SALES TAX EXEMPTION CERTIFICATION |
|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE    CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☑ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL    **98-801 8077624~5**
    SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described in this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE ☐ TRANSFER BETWEEN A MARRIED COUPLE ☐ EVEN TRADE or TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) ___

| 10 | REPOSSESSION DECLARATION |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☑ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☒ OTHER: (EXPLAIN) _Resale / Inventory, Mileage went from pected to not actual_

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |
|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SIGNATURE OF APPLICANT (OWNER)    Date 2/17/23    SIGNATURE OF APPLICANT (CO-OWNER)    Date

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |
|---|---|

The undersigned person(s) state(s) as follows: That ___    died on ___
    (Name of Deceased)    (Date)

☐ testate (with a will)    ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
    (More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)    Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 11/15    RULE 15C-21.001, FAC

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER
97170954

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____     Purchaser's DL/ID _____
                  First            MI            Last

Address _____     Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____

NOTE: THE SUBMISSION OF THIS ...          ...NSE PLATE AGENCY OR TO THE
ADDRESS ABOVE WILL ALLOW TH...          RECORD AS "SOLD". HOWEVER,
THE OWNERSHIP STATUS WILL N...          ...TIFICATE OF TITLE.

<IAAI SLD 212348281 SALEDOCX>
Stock#:39520639 10092097 Sale Document (Back)

---

**FIRST REASSIGNMENT BY LICENSED DEALER**

ODOMETER CERTIFICATION...

Selling Dealer's ...  VA/1005343/14   Perdido LLC
                                      111 W 6TH ST STE 300
License No.:                          Austin, TX 78701-2168
                                      P122562W

Selling Dealer's Address ...          Address ...

Purchaser's Name(s) ...               Date Sold: 2/10/23

Bolotina, CO

I/WE STATE THAT THIS ___ 5 OR ✓ 6 DIGIT ODOMETER NOW READS   [2|0|8| | ]  (NO TENTHS) MILES, DATE READ 1/16/2023, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY   ✓ 1. REFLECTS ACTUAL MILEAGE    2. IS IN EXCESS OF ITS MECHANICAL LIMITS    3. IS NOT THE ACTUAL MILEAGE.
        BEFORE YOU                                         (EXCESS OF ITS MECHANICAL LIMITS         WARNING - ODOMETER DISCREPANCY
        CHECK A BOX                                        APPLIES TO 5 DIGIT ODOMETERS)

Purchaser Must       _Cash_
Sign Here

Print Here   _Russell Connaughey_        Co-Purchaser Must Sign Here
                                         Print Here

Seller/Agent Must    _RS REP_            Auction Name (When Applicable):  IAAI
Sign Here

Print Here   **Robert Schwartz REP**    Auction License Number:  VA/1005343/14

---

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's        Selling Dealer's        Tax        Tax
License No.:            Name:                   No.:       Collected:

Selling Dealer's Address ...                                Date Sold:

Purchaser's Name(s) ...          Address ...

I/WE STATE THAT THIS ___ 5 OR ___ 6 DIGIT ODOMETER NOW READS  [ | | | | | ]XX  (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY   ___ 1. REFLECTS ACTUAL MILEAGE    2. IS IN EXCESS OF ITS MECHANICAL LIMITS    3. IS NOT THE ACTUAL MILEAGE.
        BEFORE YOU                                         (EXCESS OF ITS MECHANICAL LIMITS         WARNING - ODOMETER DISCREPANCY
        CHECK A BOX                                        APPLIES TO 5 DIGIT ODOMETERS)

Purchaser Must       Co-Purchaser Must
Sign Here            Sign Here

Print Here           Print Here

Seller/Agent Must    Auction Name (When Applicable):
Sign Here

Print Here           Auction License Number:

---

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's        Selling Dealer's        Tax        Tax
License No.:            Name:                   No.:       Collected:

Selling Dealer's Address ...                                Date Sold:

Purchaser's Name(s) ...          Address ...

I/WE STATE THAT THIS ___ 5 OR ___ 6 DIGIT ODOMETER NOW READS  [ | | | | | ]XX  (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY   ___ 1. REFLECTS ACTUAL MILEAGE    2. IS IN EXCESS OF ITS MECHANICAL LIMITS    3. IS NOT THE ACTUAL MILEAGE.
        BEFORE YOU                                         (EXCESS OF ITS MECHANICAL LIMITS         WARNING - ODOMETER DISCREPANCY
        CHECK A BOX                                        APPLIES TO 5 DIGIT ODOMETERS)

Purchaser Must       Co-Purchaser Must
Sign Here            Sign Here

Print Here           Print Here

Seller/Agent Must    Auction Name (When Applicable):
Sign Here

Print Here           Auction License Number:

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER    9717095

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1171714628
B# 1889669

| Identification Number | Year | Make | Body | WFL-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 84389 | 2011 | CHEV | U2 | 3786 | | 139078230 |

Registered Owner:    Date of Issue  09/25/2020

KENNETH EARL REED

Mail To:    KENNETH EARL REED

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of the title.
3. Remove your license plate from the vehicle.
4. See the web address below for more information to title and register the vehicle, mobile home or vessel. http://www.hsmv.state.fl.us/html/titinf.html

Lien Release
Interest in the described vehicle is hereby released

By _____
Title _____
Date _____

LIEN SATISFIED

35520639 (284389)
West Palm Beach

**CERTIFICATE OF TITLE**

| | 84389 | 2011 | CHEV | U2 | 3786 | Vessel Regis. No. | 139078230 | Lien Remarks |

(VOID VOID VOID VOID watermark)

Use: PRIVATE    Date of Issue 09/25/2020

192,989 MILES 09/18/2020 ACTUAL

Registered Owner:    KENNETH EARL REED

1st Lienholder:    NONE

||||| <IAAI SLD 212348282 SALEDOCY>
Stock#:35520639 10093097 Sale Document (Front)

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Terry L. Rhodes
Executive Director

Control Number  146723610

6  /3   146723610

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law requires that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except to those noted. The ownership of this certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must State Purchaser's Name:  Fedelis, LLC
Address:  111 W 6th ST STE 360
Austin, TX 78701-2168

Seller Must State Selling Price:  $21,985.79
Date Sold:  11/23
Selling Dealer's License Number:  P122562N

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____
Print Here: Kenneth Earl Reed

PURCHASER Must Sign Here: _____
Print Here: Robert Schwartz REP

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/16)    **STATE OF FLORIDA**

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION**
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

*Fast*

CHECK APPLICATION TYPE: ☑ ORIGINAL ☐ TRANSFER VEHICLE TYPE: ☑ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

## 1 OWNER / APPLICANT INFORMATION

Owner's Name as it Appears on Driver License: **BULOTAMA. CO**

Owner's Mailing Address: **5100 Steel Rail Dr** City: **Bunnell** State: **FL** Zip: **32110**

## 2 MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

Vehicle/Vessel Identification Number: **4389** Year: **2011** Make: **CATWHL** Florida Title Number: **139878250**

Previous State of Issue: **FL** Weight: **3786**

Odometer: **112581** Date Acquired: **2.17.23**

## 5 TRANSFER TYPE
☑ SALE DATE ACQUIRED: **2.17.23**

## 6 ODOMETER DECLARATION
☑ 3. IS NOT THE ACTUAL MILEAGE

## 7 DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION
FL SALES TAX REG#: **23-8018769-5** DATE OF SALE: **2/17/23** DEALER LICENSE#: **VI/132273/1** DEALER: **Resale**

HSMV 82040 – REV. 11/15    RULE 15C-21.001, FAC    www.flhsmv.gov

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER
97170954

| CNTY# | AGY# | SUB# | RPT# | | | | STATE OF FLORIDA | | L# | 248177 |
|-------|------|------|------|--|--|--|------------------|--|----|--------|
| 61 | 3 | KMI | 1773 | | | | APPLICATION FOR VEHICLE/VESSEL | | T# | 1771768135 |
| AUDIT # | 160246944 | | | | | | CERTIFICATE OF TITLE | | B# | 127857 |
| | | | | | | | | | S# | 97170954 |

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 139878230 | ████████84389 | 2011 | CHEV | UT | WHI | 3786 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 02 21 23 | TRT | PRIVATE | | | | | | | |

Applicant/Owner's Name & Address
BOLOTINA CO.
████████████

| | SEX | BIRTHDATE MO. DAY YEAR | Y | RESIDENT N ALIEN | CNTY RES.# |
|--|-----|------------------------|---|------------------|------------|
| | | | | X | 61 |

1st OWNER FL/DL# OR FE.ID.#    2nd OWNER FL/DL# OR UNIT #
████████

VOLUNTARY CONTRIBUTIONS

| | AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|--|-----------|-----------|-----------|-------------|
| | 8.25 | 77.50 | 0.00 | 85.75 |

**Action Requested:** TRANSFER TITLE          **Brands :**

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| FL | 02/17/2023 | | XX | 112,581 MILES 02/17/2023 NOT ACTUAL | ☐ |

**LIEN INFORMATION**          DATE OF LIEN     RECEIVED DATE     FEID # OR FL/DL AND SEX AND DATE OF BIRTH          DMV ACCOUNT #

NAME OF FIRST LIENHOLDER:

ADDRESS                                                SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER
BOLOTINA CO.
ADDRESS
████████████

DEALER LICENSE NO.
V111322731                                  CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**                INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS          $

TRANSFER OF TITLE ☐  PURCHASER HOLDS VALID
IS EXEMPT FROM      EXEMPTION CERTIFICATE       INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER  $       0.00
FLORIDA SALES ON ☐  VEHICLE / VESSEL WILL BE    212, FLORIDA STATUTES
USE TAX FOR THE     USED EXCLUSIVELY FOR RENTAL
REASON (S) CHECKED ☐  OTHER                                            ☐ SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.

I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner          Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06          SCAN CODE     MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES

**SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE**
www.flhsmv.gov/offices/

## VEHICLE IDENTIFICATION NUMBER AND ODOMETER VERIFICATION

**PART A - OWNER'S VEHICLE IDENTIFICATION AFFIDAVIT AND ODOMETER DECLARATION**
(Completion of this part requires a physical inspection of the vehicle by the owner.)

**AFFIDAVIT:**                                                                 **DATE:** 09/18/2020

This is to certify that I, the undersigned, am the lawful owner of the motor vehicle described on this form and that I have, on the date entered above, made a physical inspection of the motor vehicle and have recorded the vehicle identification number and other identification information and the odometer reading and certification in the spaces provided on this form.

**VEHICLE IDENTIFICATION**    (MOTOR NUMBER ALL MAKES THROUGH 1954 - IDENTIFICATION NUMBER 1955 AND LATER)

| Vehicle Identification Number | Year | Make | Color | Body | Previous State Vehicle Titled In |
|---|---|---|---|---|---|
| ████████84389 | 2001 | | White | UT | NC |

**ODOMETER DECLARATION**

**WARNING:  Federal and State law require that you state the mileage in connection with an application for a Certificate of Title.  Failure to complete or providing a false statement may result in fines and/or imprisonment.**

I /WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [1][0][2],[0][1][0] .XX (NO TENTHS) MILES, DATE READ 09 / 18 / 2020 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

■ 1. reflects ACTUAL MILEAGE.    ☐ 2. Is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. Is NOT THE ACTUAL MILEAGE.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____          KENNETH REED
(Owner's Signature)                        (Owner's Printed Name)

**PART B – VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER**

This section requires a physical inspection and a verification of the vehicle identification number (VIN) (or the motor number for motor vehicles manufactured prior to 1955) of the motor vehicle described on this form by a Florida Notary Public, Florida Licensed Dealer, Law Enforcement Officer, or Florida Compliance Examiner/Inspector(Division of Motorist Services/Tax Collector Employee).  Complete this section on all used motor vehicles, including trailers, (with abbreviation of "TL" with a weight of 2,000 pounds or more) not currently titled in Florida.

I, the undersigned, certify that I have physically inspected the above described vehicle and find that the vehicle identification number on the vehicle to be identical to the vehicle identification number recorded on this form.

**UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

Date: 09/18/2020 _____                                        (Seal)

Commissioned Name of Florida Notary: _____    Notary's Signature: _____
                                    (Print, Type or Stamp)

If other than a Notary, check the box below that applies, and sign and complete the corresponding fields.  Verified by:

☒ Florida Compliance Examiner/Inspector(DMS/TC Employee)    ☐ Law Enforcement Officer    ☐ Florida Licensed Dealer

Signature: _____    Printed Name: RIKKE MCKINNEY

Florida Compliance Examiner/Inspector Name: _____    Badge or ID #: P7550RJM 6/3

Law Enforcement Agency Name: _____    LEO Badge #: _____

Florida Dealer Name: _____    Florida Dealer #: _____

♦ NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT ♦

HSMV 82042 (REV. 07/31/20)          www.flhsmv.gov

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER
79671823

# STATE OF NORTH CAROLINA

MVR-91 (Rev. 2012/2017)

## CERTIFICATE OF TITLE

VEHICLE IDENTIFICATION NUMBER
2GNALBEC1B1286585

YEAR MODEL
2011

MAKE
CHEV

BODY STYLE
MP

TITLE NUMBER
7790622013619671

TITLE ISSUE DATE
07/14/2020

PREVIOUS TITLE NUMBER
7703564180812148

ODOMETER READING
159679

ODOMETER STATUS

TITLE BRANDS

KENNETH EARL REED
JUPITER FL

OWNER(S) NAME AND ADDRESS
KENNETH EARL REED

The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated as the date of issuance of this certificate.

IN WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

COMMISSIONER OF MOTOR VEHICLES

FIRST LIENHOLDER:         DATE OF LIEN         LIEN RELEASED BY
                                               SIGNATURE
                                               TITLE                DATE

SECOND LIENHOLDER:        DATE OF LIEN         LIEN RELEASED BY
                                               SIGNATURE
                                               TITLE                DATE

THIRD LIENHOLDER:         DATE OF LIEN         LIEN RELEASED BY
                                               SIGNATURE
                                               TITLE                DATE

FOURTH LIENHOLDER:        DATE OF LIEN         LIEN RELEASED BY
                                               SIGNATURE
                                               TITLE                DATE

ADDITIONAL LIENS:

106456681

905 T1M0BQS

## ANY ALTERATIONS OR ERASURES VOID TITLE

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

MVR - 181 (Reverse)
Federal and State law requires that you state the mileage in connection with the transfer of ownership. Providing a false statement or failing to properly complete this form may result in fines and/or imprisonment.

## A

### FIRST RE-ASSIGNMENT OF TITLE BY REGISTERED OWNER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

Name of Buyer:

Address of Buyer:

"I, seller(s) certify to the best of my knowledge that the actual mileage of the vehicle unless one of the following statement is checked."

☐ 1. The mileage stated is in excess of its mechanical limits.

ODOMETER READING (NO TENTHS)

☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

To my knowledge the vehicle described herein

Yes ☐ No ☐ Has been involved in a collision or other occurrence to the extent that the cost to repair exceeds 25% of fair market value.

Yes ☐ No ☐ Has been a flood vehicle.

Yes ☐ No ☐ Has been a reconstructed or a salvage vehicle.

Date vehicle delivered to purchaser:

Seller(s) Signature

Seller(s) Hand Printed Name

Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated:

_____ seller(s)/owner(s) of principal(s).

Notary Public Signature

Notary's Printed or Typed Name

My Commission expires _____           (SEAL)

Buyer(s) Signature

Buyer(s) Hand Printed Name

## B

### PURCHASER'S APPLICATION FOR NEW CERTIFICATE OF TITLE

The undersigned purchaser of the vehicle described on the face of this certificate, hereby makes application for a new certificate of title and certifies that said vehicle is subject to the following named liens and none other and that the information contained herein is true and accurate to my best knowledge and belief.

CHECK Appropriate Block/s (Application cannot be processed without certification of services)

☐ Title Only - Vehicle Not in Operation

☐ Title and License Plate
Class of License

☐ Inoperable Vehicle - Vehicle substantially disassembled and unfit or unable to be operated on the highway

☐ Truck Weight Desired

☐ Plate No. Transferred _____ (List Plate Number and Expiration)

☐ Limited Registration Plate (When property taxes are deferred)

For Hire Vehicle
☐ Yes  or  ☐ No

I certify that all the above information is correct. _____ (customer's initials)

OWNER(S)

Owner 1 DL# _____    Full Legal Name of Owner (First, Middle, Last, Suffix) or Company

Owner 2 DL# _____    Full Legal Name of Owner (First, Middle, Last, Suffix) or Company

Joint applicants request this title to be issued with Joint Tenants with Rights of Survivorship?  Check appropriate block: ☐ Yes  ☐ No

Residence Address _____ City _____ State _____ Zip Code _____ County _____

Mailing Address (If Different from Above)

Vehicle Location Address (If Different from Residence Address Above)

| FIRST LIEN | SECOND LIEN |
|---|---|
| Date of Lien _____ Acct # _____ Lien holder ID _____ | Date of Lien _____ Acct # _____ Lien holder ID _____ |
| Lien holder Name | Lien holder Name |
| Address | Address |
| City _____ State _____ Zip Code _____ | City _____ State _____ Zip Code _____ |

I certify for the motor vehicle described herein that I have financial responsibility as required by law.

Odometer Reading

Insurance Company Authorized in NC _____ Policy Number _____

Signature of Owner(s)

Date _____ County _____ State _____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated: _____ owner(s)/name(s) of principal(s).

Notary Public Signature

Notary's Printed or Typed Name

My Commission expires _____           (SEAL)

NOTE: RETAIL PURCHASER MUST APPLY FOR NEW TITLE WITHIN 28 DAYS AFTER PURCHASE OR PAY STATUTORY PENALTY. ALTERATIONS OR ERASURES WILL VOID THIS TITLE.

As Chief of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.

SCAN TRANSACTION NUMBER
79671875

| CNTY# | AGY# | SUB# | RPT# |
|-------|------|------|------|
| 6 | 3 | LDB | 5395 |

AUDIT # 146723610

**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

I L# 3080870
T# 1171714628
B# 1889669
S# 79671875

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WI.LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 139878230 | 1284389 | 2011 | CHEV | UT | WHI | 3786 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|
| 09 25 20 | OUT | PRIVATE | | | | | | | |

Applicant/Owner's Name & Address
KENNETH EARL REED

BIRTHDATE SEX MO. DAY YEAR  Y N ALIEN  RESIDENT  CNTY RES#
6

1st OWNER FL/DL# OR FEID#    2nd OWNER FL/DL# OR UNIT#

VOLUNTARY CONTRIBUTIONS

| | AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|---|
| | 8.25 | 87.50 | 0.00 | 95.75 |

Action Requested: ORIG USED TITLE        Brands:

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|---|
| NC | 07/14/2020 | | XX | 192,989 MILES 09/18/2020 ACTUAL | | ☐ |

**LIEN INFORMATION**    DATE OF LIEN    RECEIVED DATE    FEID # OR FL / DL AND SEX AND DATE OF BIRTH    DMV ACCOUNT #

NAME OF FIRST LIENHOLDER:

ADDRESS                                                SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER

ADDRESS

DEALER LICENSE NO.                        CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS      $

| TRANSFER OF TITLE ☐ | PURCHASER HOLDS VALID |
| IS EXEMPT FROM | EXEMPTION CERTIFICATE |
| FLORIDA SALES OR ☐ | VEHICLE / VESSEL WILL BE |
| USE TAX FOR THE | USED EXCLUSIVELY FOR RENTAL |
| REASON (S) CHECKED ☒ | OTHER      OTHER |

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER $      0.00
212, FLORIDA STATUTES

☐ SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.
I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

X _____                    _____
Signature of Applicant/Owner                         Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/09        SCAN CODE    MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

As Chief, of the Bureau of Records, Division of
Motorist Services, Department of Highway
Safety and Motor Vehicles of the State of Florida,
I hereby certify that this is a true and correct copy
of the motor vehicle or driver license record from
the official records on file in the department.