# EXHIBIT C

Case 3:24-cv-00948-WWB-PDB   Document 69-3   Filed 09/30/25   Page 2 of 6 PageID 2174



**FLHSMV**

FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES

May 3rd, 2024

**Dave Kerner**
Executive Director

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

Isiah Robinson

RE: Isiah Robinson vs. National Automotive Inc.
Complaint #171760

Dear Mr. Robinson:

In response to the complaint you filed against the above-mentioned dealership, this letter is to inform you that our investigation is complete, and we are closing the complaint accordingly. We will be forwarding this information to DMV Enforcement for further investigation.

If this office can be of further assistance to you, please feel free to contact us at the number shown below.

Best regards,

*Sylvester E. Krzykalski*, Compliance Examiner
Motor Vehicle Field Office, Region 3
9550 Regency Square Blvd, Suite 100
Jacksonville, FL  32225
SylwekKrzykalski@FLHSMV.Gov
Telephone: 904-365-2681
Fax: 904-723-2001

**FLHSMV**
FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES

*Service • Integrity • Courtesy • Professionalism • Innovation • Excellence*
An Equal Opportunity Employer

Ex 16



Dave Kerner
Executive Director

May 3rd, 2024

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

National Automotive Inc.
6600 Blanding Blvd.
Jacksonville, FL 32244

RE: Isiah Robinson vs. National Automotive Inc.
Complaint #171760

Complaint #171760

Dear Robin Lynn Taylor:

This office has completed the investigation of the complaint that was filed against your dealership by the above named complainant. Your dealership has been charged with the following violations:

**F.S. 319.225(4)**         **DEALER FAILED TO COMPLETE PROPER ODOMETER DISCLOSURE STATEMENT**

This letter is to serve as written notice that the complaint is now closed. This office appreciates your prompt attention to this matter.

Best regards,

*Sylvester E. Krzykalski*, Compliance Examiner
Motor Vehicle Field Office, Region 3
9550 Regency Square Blvd, Suite 100
Jacksonville, FL 32225
SylwekKrzykalski@FLHSMV.Gov
Telephone: 904-365-2681
Fax: 904-723-2001

Service • Integrity • Courtesy • Professionalism • Innovation • Excellence
An Equal Opportunity Employer

Ex 17

# DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## DIVISION OF MOTOR VEHICLES
### Bureau of Field Operations



## Investigative Report

| | | |
|---|---|---|
| Complaint Number: 171760 | REGION III JACKSONVILLE | Received Date: 10/19/2023 |

**COMPLAINANT INFORMATION**

FEID / DL:
Name: ROBINSON, ISIAH
Address: 

Phone: ( ) -
Ext:

**COMPLAINT AGAINST**

License Number: VI / 1065376 / 2
Dealer Name: NATIONAL AUTOMOTIVE INC
Physical Address: 6600 BLANDING BLVD
JACKSONVILLE, FL 32244

Phone: (904) 778-4168
Ext:

Mailing Address: 6600 BLANDING BLVD
JACKSONVILLE, FL 32244

Licensee Name: NATIONAL AUTOMOTIVE INC
Mailing Address: 6600 BLANDING BLVD
JACKSONVILLE, FL 32244-3714

Phone: ( ) -
Ext:

**VEHICLE INFORMATION**

Identification Number: 4389
Make: CHEVROLET
Year: 2011
Purchase Date: 09/08/2023
Vehicle Condition: USED

Vehicle Type: AUTO

Sales Price: 10,000.00
Vehicle Model: EQUINOX

**COMPLAINT DETAILS**

Sales Type: INTERNET SALE
Incorrect mileage

**CLOSURE ACTIONS**

SENT LETTER OF NON-COMPLIANCE

**VIOLATIONS**

319.225(4)    DEALER FAILED TO COMPLETE PROPER ODOMETER DISCLOSURE STATEMENT

| Complaint Number: | 171760 | REGION III JACKSONVILLE | Received Date: | 10/19/2023 |

**DETAILS OF INVESTIGATION**

Date: 10/25/2023                                             Investigator: SYLWEK EDWARD KRZYKALSKI

A complaint was received from the Centralized Consumer Complaints section regarding the sale of a 2011 CHEV (VIN ~~~~~~~~~389). Along with the complaint affidavit, the consumer submitted signed copies of a Bill of Sale and an incomplete Odometer Disclosure Statement.

I ran a check in the Florida Real-Time Vehicle Information System (FRVIS). A regular registration was transferred to Mr. and Mrs. Robinson on 09/08/2023. The title was transferred on 10/11/2023.

- Exhibit 1   Complaint Affidavit
- Exhibit 2   Consumer Bill of Sale
- Exhibit 3   Consumer Odometer Statement
- Exhibit 4   FRVIS registration history inquiry
- Exhibit 5   FRVIS title history inquiry
- Exhibit 6   Opening letter to consumer
- Exhibit 7   Opening letter to Dealer

Date: 10/31/2023                                             Investigator: SYLWEK EDWARD KRZYKALSKI

National Automotive Inc sent the Region 3 Office a copy of the Clay County Tax Collector-Dealer Control sheet, Bill of Sale, Amounts Owed Form, Registration Copy, HSMV 82041, Vehicle Air Pollution Control Statement, Non-Refundable Form, Buyers Guide, As Is Sold without Warranty Form, Commercial Insurance Policy, Insurance Agreement, Power of Attorney, Altered Separate Odometer Disclosure Statement and Acknowledgement, Odometer Disclosure statement, Copy of Lisa and Isiah Robinson's Driver's License, Copy of Florida Title, and a copy of an Accord 23 form. I reviewed and compared the documents submitted by Mr. Robinson and National Automotive INC. The Odometer Disclosure Statement (EX.3) supplied by Mr. Robinson states that the vehicle odometer reads 118245 and is Actual Mileage. The box that discloses the vehicle as NOT Actual is not checked. The Separate Odometer Disclosure Statement (EX. 11) Supplied by national Automotive Inc appears to have the box for Not Actual mileage checked off but appears to be hand written in which contradicts this form due to the the box which describes the vehicle as having actual mileage is electronically marked.

- Exhibit 8    Dealer Supplied Bill of Sale
- Exhibit 9    Dealer Supplied HSMV 82041
- Exhibit 10   Dealer Supplied Altered Separate Odometer Disclosure Statement and Acknowledgement
- Exhibit 11   Dealer Supplied Odometer Disclosure statement
- Exhibit 12   Dealer Supplied Additional Documents

Date: 02/22/2024                                             Investigator: SYLWEK EDWARD KRZYKALSKI

I ran a CARFAX report and found that the vehicle had a reported mileage of 192,989 on 09/18/2020. On 02/22/2023 the mileage was reported as 112,990 and a Not Actual Mileage Title was issued.

- Exhibit 12   Carfax Vehicle History Report

Date: 02/26/2024                                             Investigator: SYLWEK EDWARD KRZYKALSKI

I went to Mr. Robinson's home and inspected the odometer of the vehicle in question. I filled out an HSMV 80122 and had Mr. Robinson sign it. I also took pictures of the vehicle and its odometer.

- Exhibit 14   HSMV 80122
- Exhibit 15   Pictures of 2011 CHEV Equinox

Date: 04/26/2024                                             Investigator: SYLWEK EDWARD KRZYKALSKI

I have determined that this vehicle transfer has been involved in a suspected fraud for the Odometer. Due to the documentation being inappropriately filled out and the dealer not making the consumer aware that the vehicle's mileage was not actual when it was sold to him. I am referring his case to DMV enforcement to further investigate.

I sent a closing letter to Mr. Robinson and a closing letter to National Automotive Inc.

- Exhibit 16   Closing letter to consumer
- Exhibit 17   Closing letter to dealer

$0.00 were saved.

There was no trade-in.

With this information I close this complaint.

| | | | | |
|---|---|---|---|---|
| Complaint Number: | 171760 | REGION III JACKSONVILLE | Received Date: | 10/19/2023 |

Name / Title of Employee Investigating the Complaint:   SYLWEK EDWARD KRZYKALSKI , COMPLIANCE OFFICER / EXAMINER

Hours required for investigation: 8

Investigator's Signature: _[signature]_

Date approved by Regional Administrator: 05/21/2024

Regional Administrator's Signature: _[signature]_