**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ISIAH ROBINSON and LISA CLAYTON
ROBINSON,

        Plaintiffs,

v.                                                 Case No.: 3:24-cv-948-WWB-PDB

NATIONAL AUTOMOTIVE, INC. and
ROBIN RAMAGHI,

        Defendants.
_____/

## ORDER

    THIS CAUSE is before the Court on Plaintiffs' First Amended Motion for 180-Day Continuance of Pretrial Deadlines (Doc. 58). Therein, Plaintiffs request that all remaining deadlines set forth in the Case Management and Scheduling Order (Doc. 22) be extended for an additional 180 days to permit the Court to resolve the outstanding Motion to Dismiss (Doc. 46) filed by Defendant Robin Ramaghi, who was added as a Defendant in Plaintiffs' Verified Amended Complaint (Doc. 30) on March 28, 2025. Defendants oppose the request. (Doc. 58 at 4).

    In the Motion, Plaintiffs argue that they will be prejudiced if the deadlines are not extended because Defendant Ramaghi has not yet filed an answer, and Plaintiffs have been unable to conduct sufficient discovery with respect to her involvement in this case. Plaintiffs fail to state why they cannot proceed with discovery despite the pending motion or precisely what discovery they will be unable to obtain. While they might not know the precise affirmative defenses Ramaghi will raise, the Court notes that they have asserted the same claims against both Defendants and have been aware of her role since at least

February 2025, when they moved to amend. Vague references to the pending Motion to Dismiss alone are insufficient to warrant an extension of all remaining case deadlines. *Cf. Cabrera v. Progressive Behav. Sci., Inc.*, 331 F.R.D. 185, 186 (S.D. Fla. 2019) (noting that "[a] stay of discovery pending the determination of a motion to dismiss, however, is the exception rather than the rule").

Therefore, it is **ORDERED** and **ADJUDGED** that Plaintiffs' First Amended Motion for 180-Day Continuance of Pretrial Deadlines (Doc. 57) is **DENIED as moot** and Plaintiffs' First Amended Motion for 180-Day Continuance of Pretrial Deadlines (Doc. 58) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida on October 30, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record