**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
(Jacksonville Division)

**CASE NO.: 3:24-cv-00948**

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an Individual,

      Plaintiffs/Counter-Defendants,

vs.

NATIONAL AUTOMOTIVE, INC., a
Florida Corporation, and
ROBIN RAMAGHI,
an individual

      Defendants/Counter-Plaintiffs.

_____/

## SUPPLEMENTAL DECLARATION OF ISIAH ROBINSON

I, Isiah Robinson, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.     I've had a chance to review the Defendant's Amended Counter-Claim and the exhibits thereto.

2.     The retail installment sales contract attached as Exhibit A to the Amended Counter-Claim is not a true and correct copy of the contract I signed and was provided when I purchased the Equinox on September 08, 2023. It has been altered to add "*TMU*" abbreviations. It also contains a signature on behalf of the seller.

3.     The bill of sale/buyer's order form attached as Exhibit B to the Amended Counter-Claim is not a true and correct copy of the contract I signed and was provided when I purchased the Equinox on September 08, 2023. It has been altered to add "*TMU*" abbreviations. It also contains a signature on behalf of the seller.

4.      The "As Is Sold Without Warranty" form attached as Exhibit C to the Amended Counter-Claim is not a true and correct copy of the disclosure I signed and was provided when I purchased the Equinox on September 08, 2023. It has been altered to add "*TMU*" abbreviations. It also contains a signature on behalf of the seller.

5.      When completing the purchase of the Equinox, I understood the "as-is" disclaimers applied to mechanical issues. I did not understand, nor did I expect, that the dealership intended to disclaim the mileage representations through "as is" language. As mileage was a crucial factor in making my decision to purchase the Equinox, I would not have agreed to purchase it had I known the dealership did not intend to stand behind its mileage representations that the actual mileage was 118,245.

6.      The dealership drafted the Odometer Disclosure Statement, Application for Certificate of Title (HSMV 82040), Odometer Acknowledgment (HSMV 82933), Bill of Sale, and Retail Installment Sales Contract. I did not have any input on the entries in those documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of October, 2025.

_____Isiah Robinson_____
ISIAH ROBINSON