UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Jacksonville Division)

CASE NO.: 3:24-cv-00948

ISIAH ROBINSON, and,
LISA CLAYTON ROBINSON,
Each an Individual,

    Plaintiffs/Counter-Defendants,

vs.

NATIONAL AUTOMOTIVE,
INC., a Florida Corporation,
and ROBIN RAMAGHI,
an individual

    Defendants/Counter-Plaintiffs.
_____/

## AFFIDAVIT OF LAURA SWEET IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE ERRATA SHEET

I, Laura Sweet, declare as follows:

1. My name is Laura Sweet. I am over eighteen years of age, competent to testify, and I have personal knowledge of the matters stated in this affidavit.

2. I am employed by Florida Court Reporting in West Palm Beach, Florida. I am familiar with our procedures for issuing "read and sign" letters, sending transcript availability notices, receiving and transmitting errata sheets, and maintaining related correspondence and records. I am a custodian of the records referenced below.

3. I have no personal or financial interest in the outcome of the matter styled *Isiah Robinson and Lisa Clayton Robinson v. National Automotive, Inc.*,

Case No. 3:24-cv-00948, currently pending in the United States District Court for the Middle District of Florida. I am a neutral third-party custodian.

4. On August 15, 2025, Florida Court Reporting took the deposition of Robin Byler Ramaghi, the corporate representative of National Automotive, Inc. At the conclusion of the deposition, counsel representing the deponent, Defendant's Corporate Representative, stated: "We'll read if it's ordered."

5. On August 27, 2025, a "read and sign" letter was prepared on Florida Court Reporting letterhead and addressed to defense counsel. This letter notified counsel that the "read and sign" had not been waived and enclosed an errata sheet for the deponent's use. A true and correct copy of the August 27, 2025 read letter is attached as Exhibit B.

6. On September 2, 2025, I sent an email to defense counsel, Kim Israel, with a copy of the August 27, 2025 letter discussed above, advising that the transcript of Ms. Ramaghi's deposition was available. A true and correct copy of this September 2, 2025 email is attached as Exhibit A.

7. On October 23, 2025, Florida Court Reporting received the signed errata sheet for Ms. Ramaghi's deposition from defense counsel. In the ordinary course of business, I recorded its receipt and transmitted it to counsel of record.

8. Exhibits A and B are exact duplicates of records kept by Florida Court Reporting in the ordinary course of regularly conducted activity. They are maintained on secure electronic systems, including our case management and email platforms.

9. It is our regular practice to create and retain such records contemporaneously with the events they document, or within a reasonably prompt timeframe thereafter, by a person with knowledge or based on information from someone with such knowledge.

10. Attached as Exhibit A, a true and correct copy of the September 2, 2025 email, which contains the sender and recipient information, timestamp, subject line, and original content, as generated and retained in our normal course of business.

11. Attached as Exhibit B, a true and correct copy of the August 27, 2025 read letter, which includes my signature, and was created and maintained in accordance with our regular procedures at or near the time indicated.

12. The preparation method, appearance, contents, and retention of Exhibits A and B are consistent with Florida Court Reporting's routine and reliable business practices.

13. This affidavit is submitted in support of Plaintiffs' motion to strike the errata sheet of Robin Byler Ramaghi and for the purpose of authenticating Exhibits A and B pursuant to Federal Rule of Evidence 902(11) and any other applicable evidentiary rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 10, 2025, in Palm Beach County, Florida.

_____
Laura Sweet
Florida Court Reporting

# EXHIBIT A

August 27. 2025

CR of NATIONAL AUTOMOTIVE (ROBIN BYLER-RAMAGHI)
C/O Kimberly H. Israel, Esq.
McGlinchey Stafford
10375 Centurion Pkwy. North, Suite 420
Jacksonville, Florida  32256

Case: ISIAH ROBINSON, and, LISA CLAYTON ROBINSON v. NATIONAL AUTOMOTIVE, INC
Case #: 3:24-CV-00948
Depo of: CR of NATIONAL AUTOMOTIVE (ROBIN BYLER-RAMAGHI)
Taken on: 8/15/2025

Dear Ms. Byler-Ramaghi,

You did not waive the right to read and sign your deposition. Please call our office at 561-689-0999 to make arrangements to read the transcript. If your attorney ordered a copy of the deposition, you may read the attorney's copy. An errata sheet is attached hereto for your use.

The orginal of this deposition has been forwarded to the ordering party and the errata, once received, will be forwarded to all parties.

Should you have any questions, please don't hesitate to call us.

Sincerely,

*Laura Sweet*

Laura Sweet
Florida Court Reporting
3200 Summit Blvd., #15726
West Palm Beach, FL 33416

ERRATA SHEET
DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES BELOW

IN RE: ISIAH ROBINSON, and, LISA CLAYTON ROBINSON v. NATIONAL AUTOMOTIVE, INC
CR of NATIONAL AUTOMOTIVE (ROBIN BYLER-RAMAGHI)
8/15/2025
149852

Page #      Line #                    Change                                          Reason

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ MY DEPOSITION AND THAT IT IS TRUE AND CORRECT SUBJECT TO ANY CHANGES IN FORM OR SUBSTANCE ENTERED HERE.

_____
DATE                              CR of NATIONAL AUTOMOTIVE (ROBIN BYLER-RAMAGHI)

# EXHIBIT B

 Outlook

149852 8/15/2025 ISIAH ROBINSON, and, LISA CLAYTON ROBINSON v. NATIONAL AUTOMOTIVE, INC

**From** scheduling <scheduling@floridacourtreporting.com>
**Date** Tue 9/2/2025 4:46 PM
**To** kisrael@mcglinchey.com <kisrael@mcglinchey.com>
**Cc** jeldemire@mcglinchey.com <jeldemire@mcglinchey.com>

1 attachment (141 KB)
CR of NATIONAL AUTOMOTIVE (ROBIN BYLER-RAMAGHI) Read Letter 08-15-2025.pdf;

Good morning,

The transcript of the deposition of the CR of National Automotive (Robin Byler-Ramaghi), taken August 15, 2025, is available.
The cost for a copy is $760.75.
Would you like to purchase a copy?

Also, attached is Ms. Byler-Ramaghi's read letter.
Please confirm receipt.
Thank you.

*Sincerely,*
*Laura Sweet*
*Florida Court Reporting*
*561-689-0999*

*We appreciate your business!!!*