UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ISIAH ROBINSON AND LISA CLAYTON
ROBINSON,

       CASE NO.: 3:24-cv-00948

    Plaintiffs,
v.

NATIONAL AUTOMOTIVE, INC. and
ROBIN BYLER RAMAGHI,

    Defendants.
_____

## NOTICE OF CHANGE OF FIRM

COMES NOW counsel for Defendants/Counter-Plaintiff, NATIONAL AUTOMOTIVE, INC., a Florida corporation, and ROBIN BYLER RAMAGHI, and hereby gives notice to the Court and to all parties, and their counsel of record, of her change of firm, address, telephone number, and primary and secondary e-mail addresses effective immediately. All pleadings, notices, and communications should hereafter be directed to and served upon:

**Kimberly Held Israel, Esq.**
**Kaufman Dolowich**
301 E. Pine Street, Suite 1150
Orlando, FL 32801
Telephone: (407) 358-5619
**Primary E-Mail: kim.israel@kaufmandolowich.com**
**Secondary E-mail: jill.mcyeo@kaufmandolowich.com**

    Respectfully submitted,

    **KAUFMAN DOLOWICH**

    */s/ Kimberly Held Israel*
    Kimberly Held Israel, Esq.

1

>Florida Bar No. 47287
>301 E. Pine Street, Suite 1150
>Orlando, FL 32801
>Telephone: (407) 358-5619
>Primary E-mail:
>kim.israel@kaufmandolowich.com
>Secondary E-mail:
>jill.mcyeo@kaufmandolowich.com
>***Attorneys for Defendants/Counter-Plaintiff, National Automotive, Inc. and Robin Byler Ramaghi***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Notice of Change of Firm has been furnished, via CM/ECF, this **2nd** day of **February, 2026**, to:

**Joshua Feygin. Esq.**
josh@sueyourdealer.com
*Co-Counsel for Plaintiffs*

**Michael Citron, Esq.**
michael@maclegalpa.com
*Co-Counsel for Plaintiffs*

>*/s/ Kimberly Held Israel*
>ATTORNEY