

CERTIFICATION OF DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY
Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification.
2. The records of regularly conducted business activity ("hereinafter records") which are the subject of this certification are identified as: *[If this is insufficient room in which adequately identify the items certified, complete on a separate sheet and refer to that sheet here.]*

    Account and tracking Information on tracking device IMEI # 016060002982011 as it relates to VIN #█████████████84389

3. The records are originals or duplicate copies of domestic (United States) business records;
4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;
5. The records were kept in the course of a regulatory conducted business activity; and
6. The records were made by the regulatory conducted business activity as a regular practice.

I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.

Declarant Signature: _M. Manga_

Declarant Print Name: _Marck Manga_

Business Name: _Positioning Universal Inc on behalf of SVR Tracking Inc._

Business Address: _7071 Convoy Court, Ste 300, San Diego, CA 92111_

Date of Declaration / Execution: _September 17, 2025_

EXHIBIT A

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of San Diego )

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 20 25, by Marck Manga,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DARLENE R. FENN
COMM. #2374459
Notary Public - California
San Diego County
My Comm. Expires Sep. 21, 2025

(Seal)

Signature _Darlene R. Fenn_

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

**Description of Attached Document**

This certificate is attached to a document titled/for the purpose of

Certification of Domestic Records of Regularly Conducted Activity

containing 1 pages, and dated Sept. 17, 2025.

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
☒ form(s) of identification   ☐ credible witness(es)

Notarial event is detailed in notary journal on:
Page # 32/33   Entry # 8

Notary contact: _____

Other
☐ Affiant(s) Thumbprint(s)   ☐ Describe: ____

EXHIBIT A

© Copyright 2007-2017 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.   Item Number 101884. Please contact your Authorized Reseller to purchase copies of this form.