Isiah Robinson and Lisa Clayton Robinson v. National Automotive, Inc., Case No. 3 :24-CV-00948

### CERTIFICATE OF AUTHENTICATION OF RECORDS

COUNTY OF WILLIAMSON            )
                                                        ) .ss
STATE OF TENNESSEE              )

I, Jenna A. Mathews, hereby certify and affirm that I am over the age of eighteen (18) and the duly authorized custodian of the attached records for Manheim Remarketing, Inc. ("Manheim"), and that I have the authority to certify that:

a) the records attached and bates numbered **MRI_000001 - MRI_000002** are true and accurate copies of the original records requested and reflect all available records;

b) no documents have been withheld in order to avoid their being copied;

c) to the best of my knowledge,

  i. all such records were prepared or compiled by personnel of Manheim or given to personnel of Manheim to be copied in the ordinary course of business, at or near the time of the acts, conditions or events recorded;

  ii. the records attached were made by, or from information transmitted by, a person with personal knowledge;

  iii. the records attached were kept in the ordinary course of a regularly conducted business activity; and,

  iv. it is the regular practice of this business to make the attached records.

I certify that the foregoing is true and correct to the best of my knowledge. This certificate is given in lieu of the personal appearance of the undersigned.

Dated: January 13, 2025

*Jenna Mathews*
_____
RECORDS CUSTODIAN FOR
Manheim Remarketing, Inc.

EXHIBIT A