**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ISIAH ROBINSON and LISA CLAYTON
ROBINSON,

       Plaintiffs,

v.                                     Case No.: 3:24-cv-948-WWB-PDB

NATIONAL AUTOMOTIVE, INC.,

       Defendant.

_____/

## ORDER

The Court has been advised by the Joint Notice of Settlement that the above-styled action has been completely resolved. (Doc. 93 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on April 13, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2